## 40TH JUDICIAL DISTRICT COURT

## PARISH OF ST. JOHN THE BAPTIST

## STATE OF LOUISIANA

DOCKET NO. 77224            DIV. A

### NATHANIEL SIMMONS, III AND WANDA SIMMONS

### VERSUS

### DAVID SMITH, SWANSON TRUCKING, INC., AND THEIR LIABILITY INSURANCE CARRIER, NORTHLAND INSURANCE COMPANY

St. John the Baptist Parish Clerk of Court
Eliana DeFrancesch
Filed: LAPLACE, LOUISIANA
Date: OCTOBER 12, 2021
Time: 9:26 AM

_____ Deputy Clerk

### PETITION FOR PERSONAL INJURY AND DAMAGES AND LOSS OF CONSORTIUM

NOW INTO COURT, through undersigned counsel, comes petitioner, Nathaniel Simmons, III, who with respect avers the following:

I.

Plaintiff, Nathaniel Simmons, III is an individual of full age and majority who is domiciled in Reserve, Louisiana.

II.

Plaintiff, Wanda Simmons, spouse of Nathaniel Simmons, III, is an individual of full age and majority who is domiciled in Reserve, Louisiana and has suffered loss of consortium.

III.

Made defendant herein is David Smith, is an individual of full age and majority who is domiciled in Princeton, Illinois.

IV.

Made defendant herein is Swanson Trucking, Inc. who is the owner of the vehicle driven by David Smith who was employed by Swanson Trucking, Inc.

V.

At all times material hereto, it is alleged that the defendant, Swanson Trucking, was covered by a policy of liability insurance issued by Northland Insurance Company, and therefore, said defendant insurance company is a proper party defendant to this cause of action.

Exh. A

VI.

On or about November 9, 2020, Nathaniel Simmons, III was traveling southbound on U.S. Highway 51. At all relevant times, Plaintiff, Nathaniel Simmons, III, was operating his vehicle and hauling a small utility trailer in a safe and careful manner in accordance with the Louisiana Revised Statutes on Motor Vehicles. He was traveling Southbound on U.S. Highway 51 and stopped at intersection of U.S. Highway 61, when suddenly and without warning his vehicle and utility trailer was rear-ended.

VII.

The vehicle operated by David Smith, which was being operated unlawfully, carelessly, recklessly, and with a lack of skill the defendant, Mr. Smith, failed to maintain proper lookout and control of the same.

VIII.

The acts of fault, gross and wanton negligence, and lack of skill by defendant, David Smith, which were the proximate cause of the accident, were as follows, but not limited thereto:

1) Operating a vehicle in an unlawful and unsafe manner;

2) Failing to keep his vehicle under control so as to keep his vehicle from striking Mr. Simmons' vehicle and utility trailer.

3) Failing to keep a proper lookout;

4) Failing to properly apply the brakes on his vehicle so as to bring it to a stop before colliding with Plaintiff's vehicle.

5) Carelessly operating a vehicle;

6) Generally failing to exercise due care under the circumstances;

7) Operating a vehicle with gross negligence; and

8) Such other acts and omission as will be shown at the trial on this matter.

IX.

The acts of fault, gross and wanton negligence by defendant, Swanson Trucking, were as follows, but not limited thereto:

1) Allowing their vehicle to be operated by an unskilled, careless and untrained driver;

2) Failing to instruct David Smith in the proper operation of a motor vehicle;

3) Generally failing to exercise due care under the circumstances; and

4) Such other acts and omissions as will be shown at the trial of this matter

X.

As a result of defendant's failure to exercise due care Nathaniel Simmons, III has suffered the following injuries:

1. Actual damages;

2. Pain and suffering:

3. General damages;

4. Judicial interest from the date of judicial demand;

5. Special damages; and,

6. Any other damages proven at a trial on this matter.

XI.

As a result of the occurrence sued upon, Nathaniel Simmons, III suffered injuries to his head, cervical spine, thoracic spine and lumbar spine.

XII.

The aforementioned injuries caused by the above-described accident have caused Nathaniel Simmons, III prolonged pain and suffering, extending to the present date, and will continue to cause petitioner future pain, suffering and medical expenses.

XIII.

As a result of the aforementioned injuries caused to Nathaniel Simmons, III by the above-described accident, Wanda Simmons, spouse of Mr. Simmons has suffered loss of consortium.

**WHEREFORE,** Plaintiffs, Nathaniel Simmons, III and Wanda Simmons pray that after all legal delays and a trial on this matter, judgment will be entered in favor of Plaintiffs and against Defendants, David Smith, Swanson Trucking and their Liability Insurance Carrier, Northland Insurance Company, individually, severally, and in solido for an amount reasonable and as this Court deems necessary proper under the premises, including all costs and judicial interest from the date of judicial demand.

RESPECTFULLY SUBMITTED,

*Becnel Law Office*

*Becnel Law Office*

_____
**Daniel E. Becnel, III** #20692
425 West Airline Highway, Suite B
LaPlace, LA 70068
Phone: (985) 651-6101
Facsimile (985) 536-6445

_____
**Kathryn W. Becnel** #23641
425 West Airline Highway, Suite B
LaPlace, LA 70068
Phone: (985) 651-6101
Facsimile (985) 536-6445

**PLEASE SERVE:**

David Smith – *Through Long Arm Statute*
1101 N. Main
Princeton, IL 61356

Swanson Trucking, Inc. - *Through Long Arm Statute*
301 Green Road
Ohio, IL 61349

Northland Insurance Company
Through: Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

I HEREBY CERTIFY THAT THE ABOVE AND
FOREGOING IS A TRUE AND CORRECT
COPY OF THE ORIGINAL ON FILE AND OF
RECORD IN MY OFFICE
_____
DY. CLERK OF COURT
PARISH OF ST. JOHN THE BAPTIST, LA
DATE

4