# State of Louisiana
## Secretary of State

10/28/2021

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

NORTHLAND INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 77224
40TH JUDICIAL DISTRICT COURT
SAINT JOHN THE BAPTIST PARISH

NATHANIEL SIMMONS, III., ET AL
vs
DAVID SMITH, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: E CUMMINS

Date: 10/27/2021
Title: DEPUTY SHERIFF

No: 1215565



Exh. B

DB

**D55658686**
D55658686

# CITATION

| | |
|---|---|
| NATHANIEL SIMMONS III AND WANDA SIMMONS | 40TH JUDICIAL DISTRICT COURT |
| VS | PARISH OF ST. JOHN THE BAPTIST |
| DAVID SMITH, ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-77224 | DIVISION A |

SERVED ON
R. KYLE ARDOIN
OCT 27 2021
SECRETARY OF STATE
COMMERCIAL DIVISION

**To:   NORTHLAND INSURANCE COMPANY**
**THROUGH LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVENUE**
**BATON ROUGE, LA 70809**

**Parish: EAST BATON ROUGE**

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **ATTYS. DANIEL E. BECNEL, III AND KATYRYN W. BECNEL** and was issued by the Clerk of Court on the **OCTOBER 15, 2021**.

* Also attached are the following documents:
**PETITION FOR PERSONAL INJURY AND DAMAGES AND LOSS OF CONSORTIUM, AND PLAINTIFF'S FIRST SET OF INTERROGATORIES & REQUESTS FOR PRODUCTION**

_/s/ Lisa Tregre_
**LISA TREGRE**
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE $_____          BY:_____
MILEAGE $_____                  DEPUTY SHERIFF
TOTAL   $_____

ORIGINAL – RETURN          COPY – SERVICE          COPY - CLERK

**R. KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**





7020 1290 0000 7545 4907





U.S. POSTAGE >> PITNEY BOWES

ZIP 70802    $ 005.31⁰
02 4W
0000367744 OCT. 28. 2021

70802=5921 C001

SS104 (R 06/18)