## 40TH JUDICIAL DISTRICT COURT

## PARISH OF ST. JOHN THE BAPTIST

## STATE OF LOUISIANA

DOCKET NO.    77224                                                        DIV.    "A"

### NATHANIEL SIMMONS, III AND WANDA SIMMONS

### VERSUS

### DAVID SMITH, SWANSON TRUCKING, INC., AND THEIR LIABILITY INSURANCE CARRIER, NORTHLAND INSURANCE COMPANY

### AND THE UNINSURED/UNDERINSURED MOTORIST CARRIER OF THE PLAINTIFF, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

St. John the Baptist Parish Clerk of Court
Eliana DeFrancesch
Filed: LAPLACE, LOUISIANA
Date: DECEMBER 28, 2021
Time: 11:13 AM

_____
Deputy Clerk

## AFFIDAVIT OF LONG ARM SERVICE

STATE OF LOUISIANA

PARISH OF ST. JOHN THE BAPTIST

**BEFORE ME**, the undersigned Notary Public, duly commissioned and qualified in this state and parish, personally appeared <u>Kathryn Becnel</u> who after being duly sworn, did depose and state that she:

Sent a certified copy of the petition and the citation by registered or certified mail, after having enclosed it in an envelope properly addressed to the defendant, with sufficient postage affixed, and deposited in the United States mail on <u>October 25, 2021</u>. The return receipt from the postal service of the defendant is attached to this affidavit and will be filed into the record.

_____
Kathryn Becnel

SWORN TO AND SUBSCRIBED before me this __16__ day of __Dec_____ 2021.

_____
Notary Public

1

Exh. C

*Mailed out certified 10/26/21* /SC

**D55658702**
D55658702

## CITATION - LONG ARM STATUTE

NATHANIEL SIMMONS III AND
WANDA SIMMONS
VS
DAVID SMITH, ET AL
DOCKET NUMBER: C-77224

40TH JUDICIAL DISTRICT COURT
PARISH OF ST. JOHN THE BAPTIST
STATE OF LOUISIANA
DIVISION A

To: SWANSON TRUCKING, INC.
THROUGH THE LOUISIANA LONG-ARM STATUTE
301 GREEN ROAD
OHIO, IL 61349

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default.

This service was ordered by **ATTYS. DANIEL E. BECNEL, III AND KATHRYN W. BECNEL** and was issued by the Clerk of Court on the **OCTOBER 15, 2021**.

\* Also attached are the following documents:
**PETITION FOR PERSONAL INJURY AND DAMAGES AND
LOSS OF CONSORTIUM**

*Lisa Tregre*
**LISA TREGRE**
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE __13th__ DAY OF __November__, 20__21__ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED __Swanson Trucking, Inc. Through Long Arm Statute__

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF
_____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF __St. John Parish__ THIS __15th__ DAY OF __November__, 20____.

SERVICE $_____      BY: __N/A__
MILEAGE $_____           DEPUTY SHERIFF
TOTAL    $_____

ORIGINAL – RETURN          COPY – SERVICE          COPY - CLERK

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

Daniel E. Becnel, III & Kathryn W. Becnel
Becnel Law Office
425 W. Airline Hwy.
Suite B
LaPlace, LA 70068

USPS TRACKING#

9590 9403 0415 5163 0331 36

re: N. Simmons (petition)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Swanson Trucking, Inc.
THROUGH LONG ARM STATUTE!
301 Green Road
Ohio, IL 61349

9590 9403 0415 5163 0331 36

2. Article Number (Transfer from service label)
7014 2120 0003 3856 3214

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

amend this to include U, M.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.56 |

Postmark Here: 10/25/21

Sent To: Swanson Trucking, Inc. Through Longarm Statute
Street & Apt. No., or PO Box No.: 301 Green Rd.
City, State, ZIP+4: Ohio, IL 61349

7014 2120 0003 3856 3214

PS Form 3800, July 2014     See Reverse for Instructions