# LAW OFFICES OF DANIEL E. BECNEL, III
## AND KATHRYN BECNEL
### ATTORNEYS AND COUNSELORS AT LAW

425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LA 70068

**DANIEL E. BECNEL, III**
**KATHRYN BECNEL \***

PHONE NO. 985-651-6101
FAX NO. 985-536-6445
becket@becnellaw.com
kathryn@becnellaw.com

\* ADMITTED IN COLORADO

\* NOTARIES PUBLIC

January 25, 2022

Barbara Malik, Esq.
Maricle & Associates
P.O. Box 64093
St. Paul, MN  55164-0093

MARICLE & ASSOCIATES
Metairie, LA

JAN 2 6 2022

RECEIVED

RE:   Nathaniel Simmons, III, et al v. David Smith, et al.
       40TH JDC, Docket No.:  77224, Division:  "A"

Dear Ms. Malik:

Attached please find the discovery responses that were propounded to and have been answered by our client's, Nathaniel and Wanda Simmons related to the above captioned matter. With kindest regards, I remain

Very Cordially Yours,


Daniel E. Becnel, III
Attorney at Law

Kathryn W. Becnel
Attorney at Law

DEB/KWB/slp

Attachments

Exh. D

40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST

STATE OF LOUISIANA

DOCKET NO: 77224                                                    DIVISION "A'

NATHANIEL SIMMONS, III AND WANDA SIMMONS

VERSUS

DAVID SMITH, SWANSON TRUCKING, INC., AND THEIR LIABILITY INSURANCE
CARRIER, NORTHLAND INSURANCE COMPANY

FILED: _____  DEPUTY CLERK: _____

## PLAINTIFF'S ANSWERS TO INTERROGATORIES

TO:     Barbara Malik, Esq.
        Attorney for Defendants
        3838 N. Causeway Blvd., Suite 3160
        Metairie, LA 70002

        Pursuant to Article 1457, et seq. of the Louisiana Code of Civil Procedure, Nathaniel

Simmons, III, hereby answers the following Interrogatories to defendants.

## INTERROGATORY NO. 1:

        Please state your full name, date of birth, social security number, current address and

telephone number, and current marital status, along with the name and age of all dependents.

## ANSWER NO. 1:

Nathaniel Simmons, III
DOB: ████1958
SS #: ████6739
Address: 1111 Lake Avenue, apt. 219, Metairie, LA 70005
Phone #: (504) 339-6299
Marital Status: Married

## INTERROGATORY NO. 2:

        Please state the date, time and place of the incident in question, and give a detailed description

of how you claim the incident occurred.

## ANSWER NO. 2:

        On November 9, 2020 on Highway 51 in LaPlace, LA and ended up on Main Street in

LaPlace, LA before stopping.  I was at red light on Highway 51, waiting for light to change and the

truck Mr. Smith was driving, hit may trailer and truck in the back and then he left the seen and kept

going.  I then had to chase him down.  He offered me forty dollars ($40.00) to not say anything.  I

then called my wife and she took it from there.

## INTERROGATORY NO. 3:

With respect to the allegations contained your Petition for Damages, please state, with particularity, all facts upon which these allegations are based and identify by name, address and telephone number each person who has, or claims to have, any opinion, knowledge, or understanding of any such facts as well as the basis for each person's opinion, knowledge or understanding.

**ANSWER NO. 3:**

Trailer and my truck were hit so hard because he said his clutch went out.  This accident caused damage to my neck and low back real bad.  I, Nathaniel Simmons was hit real hard and had to go through some procedures to both my neck and back.

**INTERROGATORY NO. 4:**

Please state the name, address, telephone number, and occupation and work address of each and every person who claims to have knowledge of the incident upon which this lawsuit is based, or whom you believe may have knowledge of this incident, or of any of the events leading up to this incident or later events pertinent thereto.

**ANSWER NO. 4:**

I, Nathaniel Simmons am legally deaf from birth of 1958 and am on disability.

**INTERROGATORY NO. 5:**

Please state whether you were insured by a policy of automobile insurance or health and/or medical insurance at the time of the incident in question.  If so, please state the name, address and telephone number of your insurance carrier, the limits of insurance coverage provided by that carrier, and, if a group policy, the name of the entity through whom your insurance is provided.

**ANSWER NO. 5:**

My automobile insurance is through State Farm and health insurance is Medicare/Humana. State Farm – (855) 259-8568 – P.O. Box 52250, Phoenix, AZ 85072 – I carry uninsured insurance.

**INTERROGATORY NO. 6:**

Please state whether or not you are aware of the existence of any written or recorded statement, whether signed or unsigned, made by any party or witness to the incident in question? If so, please state:

(a)     The name of the person giving the statement;

(b)     The name, employer, occupation and last known address of the person or persons taking the statement; and,

    (c)    The name and last known address of the person now in possession of the original statement.

**ANSWER NO. 6:**

Statements were taken from Mr. Smith and myself by police officer at time of accident. (See police report).

**INTERROGATORY NO. 7:**

Do you have in your possession or know of the existence of any photographs, moving pictures, videotapes, diagrams, drawings or other descriptions of the incident scene?  If so, as to each item, please provide (a) a description of each item, including the date it was prepared and the subject matter it portrays, (b) the name, address, telephone number and occupation of the person who prepared each item, and (c) the current location.

**ANSWER NO. 7:**

I took photos of the damage to my trailer.

**INTERROGATORY NO. 8:**

Please state whether you have ever been involved in any other civil litigation.  If so, please indicate whether you were a plaintiff or defendant, the nature of the claim involved, the date each suit was filed, the Court in which each suit was filed, the title and record number of each suit, and the final disposition or present status thereof.

**ANSWER NO. 8:**

None.

**INTERROGATORY NO. 9:**

Please state whether you claim any lost wages, earnings or income as a result of this incident and, if so, list the amount of time lost from work or employment, the gross amount of salary, earnings or income lost, the inclusive dates in which the losses were sustained, and the name and address of your employer(s) at the time of the incident.  Also, please state whether you have incurred any expenses or financial losses, other than the above, which you attribute to this lawsuit and, if so, list such financial losses and expenses giving the dates incurred, amounts involved and the nature of each expense or loss.

**ANSWER NO. 9:**

None.

**INTERROGATORY NO. 10:**

Please list all persons who may testify at trial on your behalf, their name, address and telephone number, and the substance of the facts and/or opinions you intend to establish through their testimony.

**ANSWER NO. 10:**

My wife, Wanda Simmons.

**INTERROGATORY NO. 11:**

Please describe with reasonable specificity every document that you will offer into evidence at the trial of this matter.

**ANSWER NO. 11:**

Police report, photographs, medical records and billing and any other documents that may will be provided upon receipt thereof.

**INTERROGATORY NO. 12:**

Please describe in detail the injury(ies) claimed to have been sustained by you, the specific location of said injury(ies), emergency treatment, if any, rendered at the incident scene, all subsequent treatment, if any, received and identify by name, address and telephone number all health care providers who have rendered said medical treatment.

**ANSWER NO. 12:**

I received injuries to my neck and low back.  Have received treatment as follows:

Ochsner Kenner Med. Ctr. (included emergency room treatment and x-rays)

LA Health Solutions – 1524 W. Airline Hwy., LaPlace, LA  70068 (985) 233-2600

River Bend Imaging – 490 Belle Terre Blvd., LaPlace LA 70068 (225) 243-4109

Dr. Bradley Bartholomew – 2420 Athania Pkwy., #100, Metairie, LA - (504) 457-3452

Guardian Care – 4241 Vets Blvd, #12, Metairie, LA 70006 – (504) 356-6767

Dr. Firas Hizasi – 502 Rue De Sante, #303, LaPlace, LA  70068 – (9895) 652-4432

**INTERROGATORY NO. 13:**

Please identify, with particularity, each and every current physical ailment, psychological problem or medical condition that you attribute to this incident and describe each in detail, identifying by name, address and telephone number all care providers, hospitals, emergency medical services and/or clinics who administered care or treatment to you as well as the inclusive dates of any such care or treatment and the dates of any future scheduled appointments.

**ANSWER NO. 13:**

Refer to Answer 12.

**INTERROGATORY NO. 14:**

Has any insurance company, union, or other person, firm or corporation paid or reimbursed you or anyone on your behalf, or become obliged to pay or reimburse you or anyone on your behalf, for any sums of money as a result of the incident which gives rise to the lawsuit? If the answer is in the affirmative, please list each such sum of money, itemizing date(s) received, the nature of the obligation giving rise to the payment or reimbursements, and the name and address of the insurance company, union or other person, firm or corporation which has paid or is obligated for the payment or reimbursement of such sums of money.

**ANSWER NO. 14:**

Medicare / Humana paid a portion of hospital charges for emergency room care

In August 2021, rec'd medical payment from State Farm (my insurance) for $5,000.00 which was applied to pay some of the medical bills that I received.

**INTERROGATORY NO. 15:**

Please state whether you signed any settlement releases in favor of any person, corporation, insurance company or other entity with respect to the accident presently in litigation. If in the affirmative, will you voluntarily produce copies of these releases or settlements, attaching them hereto?

**ANSWER NO. 15:**

None.

**INTERROGATORY NO. 16:**

Identify any and all accidents you have been involved in or injuries you have sustained in the ten years preceding the accident at issue. Include the names of any physicians or healthcare providers who have treated you for the injuries incurred in the ten years preceding the incident at issue.

**ANSWER NO. 16:**

None.

**INTERROGATORY NO. 17:**

Please state whether you, your attorney(s), or anyone on the behalf of you of your attorney(s) has entered into an agreement, contract, contingency or loan with a lender, litigation funding company, litigation lending company, medical funding company or other similar entity,

company, corporation, partnership or person that is engaged in loaning money, advancing money or financially assisting you or your attorney in any aspect of this case, whether it be for payment of medical bills, litigation expenses, witness expenses, lost wages or an advancement against a portion or all of any potential recovery you may receive.

If the preceding interrogatory is applicable, please identify fully the following:

(a) The complete name and address of the lender, litigation funding company, litigation lending company, medical funding company or similar entity as described above.

(b) The date on which agreement, advance or loan was made.

(c) The amount of such agreement, advance or loan.

(d) All information, including documents of any kind provided to the lender, litigation funding company, litigation lending company, either pursuant to the request of the litigation funding company, litigation lending company, or voluntarily.

**ANSWER NO. 17:**

None.

**INTERROGATORY NO. 18:**

Please state whether you, or someone on your behalf, has provided a "Letter of Protection" or other agreement to a medical provider where you agree that the medical provider's bills for your treatment will be paid from any monies that you recover in this litigation.

**ANSWER NO. 18:**

None.

Respectfully submitted,

Daniel E. Becnel, III
Attorney for Plaintiffs
425 West Airline Highway, Suite B
LaPlace, LA 70068
Phone: (985) 651-6101
Facsimile (985) 536-6445
becket@becnellaw.com

Kathryn W. Becnel
Attorney for Plaintiffs
425 West Airline Highway, Suite B
LaPlace, LA 70068
Phone: (985) 651-6101
Facsimile (985) 536-6445
kathryn@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Defendants, through their counsel of record, via facsimile and/or U.S.P.S. and/or electronic mail on this __25TH__ day of ___JANUARY___, 2022.

_____
Daniel E. Becnel, III

**40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST**

**STATE OF LOUISIANA**

**DOCKET NO: 77224**                     **DIVISION "A'**

**NATHANIEL SIMMONS, III AND WANDA SIMMONS**

**VERSUS**

**DAVID SMITH, SWANSON TRUCKING, INC., AND THEIR LIABILITY INSURANCE CARRIER, NORTHLAND INSURANCE COMPANY**

**FILED:** _____ **DEPUTY CLERK:** _____

**PLAINTIFF'S ANSWERS TO INTERROGATORIES**

TO:   Barbara Malik, Esq.
      Attorney for Defendants
      3838 N. Causeway Blvd., Suite 3160
      Metairie, LA 70002

Pursuant to Article 1457, et seq. of the Louisiana Code of Civil Procedure, Wanda Simmons, hereby answers the following Interrogatories to defendants.

**INTERROGATORY NO. 1:**

Please state whether the accident has affected your sexual relations with your spouse? If so, describe in what respect.

**ANSWER NO. 1:**

My husband cannot have sex anymore since the accident.

**INTERROGATORY NO. 2:**

If you are contending that the accident has resulted in a loss of sexual relations with your spouse: (1) How many times per week did you and your spouse engage in sexual relations before the accident; and (2) How many times per week do you and your spouse presently engage in sexual relations?

**ANSWER NO. 2:**

Before the accident, my husband and I had sex three times a week. Since the accident, we have had no sex at all.

**INTERROGATORY NO. 3:**

Do you contend that this accident has resulted in a loss of services performed by your spouse? If so, describe in detail each and every service that your spouse was unable to perform as a result of this accident.

**ANSWER NO. 3:**

Yes, my husband is unable to perform as a result of this accident with his back and neck being so bad.

**INTERROGATORY NO. 4:**

Do you contend that this accident has resulted in a loss of society with your spouse? If so, describe in detail each and every way in which the accident has produced this loss.

**ANSWER NO. 4:**

We don't go anywhere anymore except home and to the doctor since the accident.

Respectfully submitted,

Daniel E. Becnel, III
Attorney for Plaintiffs
425 West Airline Highway, Suite B
LaPlace, LA 70068
Phone: (985) 651-6101
Facsimile (985) 536-6445
becket@becnellaw.com

Kathryn W. Becnel
Attorney for Plaintiffs
425 West Airline Highway, Suite B
LaPlace, LA 70068
Phone: (985) 651-6101
Facsimile (985) 536-6445
kathryn@becnellaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Defendants, through their counsel of record, via facsimile and/or U.S.P.S. and/or electronic mail on this 25TH day of ___JANUARY___, 2022.

Daniel E. Becnel, III

**40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST**
**STATE OF LOUISIANA**

**DOCKET NO: 77224**                                    **DIVISION "A'**

**NATHANIEL SIMMONS, III AND WANDA SIMMONS**

**VERSUS**

**DAVID SMITH, SWANSON TRUCKING, INC., AND THEIR LIABILITY INSURANCE**
**CARRIER, NORTHLAND INSURANCE COMPANY**

**FILED: _____ DEPUTY CLERK: _____**

**PLAINTIFF'S ANSWERS TO REQUEST FOR PRODUCTION OF DOCUMENTS**

TO:    Barbara Malik, Esq.
       Attorney for Defendants
       3838 N. Causeway Blvd., Suite 3160
       Metairie, LA  70002

       Pursuant to Article 1457, et seq. of the Louisiana Code of Civil Procedure, Nathaniel

Simmons, III, hereby answers the following Interrogatories to defendants.

**REQUEST FOR PRODUCTION NO. 1:**

       Any and all documents which either relate to or in any way support your claim for lost

salary or other earnings as a result of the incident that forms the basis of this lawsuit.

**ANSWER NO. 1:**

       Not applicable

**REQUEST FOR PRODUCTION NO. 2:**

       A copy of all federal, state and personal income tax returns and associated documents filed

by you or someone on your behalf with the Internal Revenue Service for the years 2013, 2014, 2015,

2016 and 2017.

**ANSWER NO. 2:**

       Not applicable

**REQUEST FOR PRODUCTION NO. 3:**

       A copy of all W-2 forms issued to you for the years 2013, 2014, 2015, 2016 and 2017.

**ANSWER NO. 3:**

       Not applicable

**.REQUEST FOR PRODUCTION NO. 4:**

       A copy of all medical records supporting your allegations of personal injury made in your

Petition including:

       a.       All hospital records, reports, notes, charts, x-rays and bills;

    b.      All doctors' records, reports, notes and bills; and

    c.      All bills, receipts, notes, etc. relating to any and all medical expenses, such as prescriptions for medications.

**ANSWER NO. 4:**

All that are in our possession are attached hereto.

**REQUEST FOR PRODUCTION NO. 5:**

All photographs, diagrams, videotapes or drawings in your possession or in the possession of anyone acting on your behalf, including experts, which relate to this lawsuit and what each document purports to show.

**ANSWER NO. 5:**

All that are in our possession are attached hereto.

**REQUEST FOR PRODUCTION NO. 6:**

Each and every document or piece of physical evidence upon which you will rely at the time of trial to substantiate your claim.

**ANSWER NO. 6:**

All that are in our possession are attached hereto.

**REQUEST FOR PRODUCTION NO. 7:**

Any settlement and/or release documents in favor of any person, corporation, insurance company or other entity with respect to the accident presently in litigation.

**ANSWER NO. 7:**

All that are in our possession are attached hereto.

**REQUEST FOR PRODUCTION NO. 8:**

Copies of any checks received in settlement regarding this incident.

**ANSWER NO. 8:**

All that are in our possession are attached hereto.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all statements, signed or unsigned, from any person who has knowledge or may have knowledge regarding any facts specified in the Petition filed herein, or who has or claims to have knowledge of the accident which is the basis of this litigation.

**ANSWER NO. 9:**

No other than statements included in police report which a copy is attached hereto.

**REQUEST FOR PRODUCTION NO. 10:**

A copy of any and all documents referred to or referenced in response to any Interrogatories propounded by these defendants.

**ANSWER NO. 10:**

All that are in our possession are attached hereto.

**REQUEST FOR PRODUCTION NO. 11:**

A copy of all medical records in plaintiff's possession.

**ANSWER NO. 11:**

All that are in our possession are attached hereto.

**REQUEST FOR PRODUCTION NO. 12:**

Please provide legible copies of all documents related to interrogatory No. 17.

**ANSWER NO. 12:**

Not applicable.

**REQUEST FOR PRODUCTION NO. 13:**

Please provide legible copies of all brochures, applications, contracts, agreements, liens, correspondence or other similar documents received by you, completed by you, anyone on your behalf and your attorney(s) as part of the process of entering into all agreements, negotiations and contracts with a lender, litigation funding company, litigation lending company, medical funding company, or similar entity.

**ANSWER NO. 13:**

Not applicable.

**REQUEST FOR PRODUCTION NO. 14:**

Please provide copies of all "Letters of Protection" provided to your medical providers where you agree that the medical provider's bills your treatment will be paid of any monies that you recover in this litigation.

**ANSWER NO. 14:**

All that are in our possession are attached hereto.

Respectfully submitted,

Daniel E. Becnel, III
Attorney for Plaintiffs
425 West Airline Highway, Suite B
LaPlace, LA  70068
Phone: (985) 651-6101
Facsimile (985) 536-6445
becket@becnellaw.com

Kathryn W. Becnel
Attorney for Plaintiffs
425 West Airline Highway, Suite B
LaPlace, LA  70068
Phone: (985) 651-6101
Facsimile (985) 536-6445
kathryn@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Defendants, through their counsel of record, via facsimile and/or U.S.P.S. and/or electronic mail on this 25TH day of ___JANUARY___, 2022.

Daniel E. Becnel, III

Original Locked Report
Original Report Locked By : 'PETTY, SHAI   .'

2 0 1 1 0 9 1 0 3 1 2 0 0 6 5

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**

TOTAL NUMBER OF VEHICLES INVOLVED: 2

DATE OF CRASH: 1 1 0 9 2 0 2 0   TIME (0000): 0 9 4 1   DISTRICT/ZONE:   TROOP:

LAT. 3 0 . 0 4 0 4 4
LONG. 9 0 . 2 8 8 7 0

PAGE #: 0 1

PARISH: ST. JOHN THE BAPTI   PARISH CODE: 48

Quadrant: NW  SW  NE  SE
Service Road: N  E  S  W

CITY OR TOWN: RURAL   CITY CODE: 0

T 2 0 0 0 8 8 3 1

CRASH OCCURRED ON:
A. INTERSTATE
B. U.S. HWY
C. STATE HWY
D. PARISH ROAD
E. CITY STREET
F. OFF ROAD/ PRIVATE PROPERTY
G. TOLL ROAD

HIGHWAY #: 5 1   MILEPOST: 0   ROADWAY NAME: HWY 51

DISTANCE: 0   MILES / FEET   N E / S W   STREET/HIGHWAY: US 61   ☐ AT INTERSECTION  ☐ NOT AT INTERSECTION

[B] DISTANCE: 0   MILES / FEET   N E / S W   STREET/HIGHWAY:   ☐ AT INTERSECTION  ☐ NOT AT INTERSECTION

WORK ZONE   HIT & RUN
PUBLIC PROPERTY DAMAGE [X]   PHOTOS MADE
RR TRAIN INVOLVED   FATALITY
PED   INJURY [X]

**CONTRIBUTING FACTORS AND CONDITIONS**

WRITE APPROPRIATE LETTER IN BLOCK

**ROAD SURFACE** (ONE PER COLUMN)
[A]   [A]
A. DRY
B. WET
C. SNOW/SLUSH
D. ICE
E. CONTAMINANT (SAND, MUD, DIRT, OIL, ETC.)
Z. UNKNOWN
A. CONCRETE
B. BLACK TOP
C. BRICK
D. GRAVEL
E. DIRT
Y. UNKNOWN
Z. OTHER

**ROADWAY CONDITIONS** [A]
A. NO ABNORMALITIES
B. SHOULDER ABNORMALITY
C. HOLES
D. DEEP RUTS
E. BUMPS
F. LOOSE SURFACE MATERIAL
G. CONSTRUCTION, REPAIR
H. OVERHEAD CLEARANCE LIMITED
I. CONSTRUCTION - NO WARNING
J. PREVIOUS CRASH
K. WATER ON ROADWAY
L. ANIMAL IN ROADWAY
M. OBJECT IN ROADWAY
Z. OTHER

**TYPE OF ROADWAY** [B]
A. ONE-WAY ROAD
B. TWO-WAY ROAD WITH NO PHYSICAL SEPARATION
C. TWO-WAY ROAD WITH A PHYSICAL SEPARATION
D. TWO-WAY ROAD WITH A PHYSICAL BARRIER
Y. UNKNOWN
Z. OTHER

**ALIGNMENT** [A]
A. STRAIGHT-LEVEL
B. STRAIGHT-LEVEL ELEVATED
C. CURVE-LEVEL
D. CURVE-LEVEL ELEVATED
E. ON GRADE-STRAIGHT
F. ON GRADE-CURVE
G. HILLCREST-STRAIGHT
H. HILLCREST-CURVE
I. DIP, HUMP-STRAIGHT
J. DIP, HUMP-CURVE
Y. UNKNOWN
Z. OTHER

**PRIMARY FACTOR** [A]
**SECONDARY FACTOR** [A]
A. VIOLATIONS
B. MOVEMENT PRIOR TO CRASH
C. VISION OBSCUREMENTS
D. CONDITION OF DRIVER
E. VEHICLE CONDITIONS
F. ROAD SURFACE
G. ROADWAY CONDITION
H. LIGHTING
I. WEATHER
J. TRAFFIC CONTROL
K. KIND OF LOCATION
L. CONDITION OF PEDESTRIAN
M. PEDESTRIAN ACTIONS

**WEATHER** [A]
A. CLEAR
B. CLOUDY
C. RAIN
D. FOG/SMOKE
E. SLEET/HAIL
F. SNOW
G. SEVERE CROSSWIND
H. BLOWING SAND, SOIL, DIRT, SNOW
Y. UNKNOWN
Z. OTHER

**KIND OF LOCATION** [B]
A. MANUFACTURING OR INDUSTRIAL
B. BUSINESS CONTINUOUS
C. BUSINESS, MIXED RESIDENTIAL
D. RESIDENTIAL DISTRICT
E. RESIDENTIAL SCATTERED
F. SCHOOL OR PLAYGROUND
G. OPEN COUNTRY
Z. OTHER

**RELATION TO ROADWAY** [A]
A. ON ROADWAY
B. SHOULDER
C. MEDIAN
D. BEYOND SHOULDER - LEFT
E. BEYOND SHOULDER - RIGHT
F. BEYOND RIGHT OF WAY
G. GORE
Y. UNKNOWN
Z. OTHER

**ACCESS CONTROL** [B]
A. NO CONTROL (UNLIMITED ACCESS TO ROADWAY)
B. PARTIAL CONTROL LIMITED ACCESS TO ROADWAY
C. FULL CONTROL (ONLY RAMP ENTRANCE & EXIT)
Y. UNKNOWN
Z. OTHER

**LIGHTING** [A]
A. DAYLIGHT
B. DARK - NO STREET LIGHTS
C. DARK - CONTINUOUS STREET LIGHT
D. DARK - STREET LIGHT AT INTERSECTION ONLY
E. DUSK
F. DAWN
Y. UNKNOWN
Z. OTHER

**VEHICLE CONFIGURATION**

| A | D | G | J | M | Q | T |
|---|---|---|---|---|---|---|
| PASSENGER CAR | A, B, C, OR S WITH TRAILER | OFF-ROAD VEHICLE | BUS W/SEATS FOR 9 +S OCCUPANTS | SINGLE UNIT TRUCK W/ 3 AXLES OR MORE | TRACTOR SEMI-TRAILER | FARM EQUIPMENT |
| **B** | **H** | **K** | **N** | **R** | **U** | |
| LT. TRUCK (P.U., ETC.) | MOTORCYCLE | EMERGENCY VEHICLE IN USE | BUS W/SEATS FOR 16 OR MORE OCC. | TRUCK/ TRAILER | TRUCK DOUBLE | MOTOR HOME |
| **C** | **F** | **L** | **P** | **S** | **Z** | |
| VAN | PEDALCYCLE | SCHOOL BUS | SINGLE UNIT TRUCK W/ 2 AXLES | TRUCK/ TRACTOR | SUV | OTHER |

**CARGO BODY TYPE**

| A | D | G | J |
|---|---|---|---|
| BUS | FLATBED | AUTO TRANSPORTER | HOPPER |
| **B** | **E** | **H** | **K** |
| VAN/ENCLOSED BOX | DUMP TRUCK/ TRAILER | LOG TRUCK/ TRAILER | POLE TRAILER |
| **C** | **F** | **G** | **X** / **Z** |
| CARGO TANK | CONCRETE MIXER | GARBAGE/ REFUSE | NO CARGO BODY / OTHER |

EMERGENCY SERVICES [X] AMBULANCE   TIME CALLED: 0 9 4 1   ARRIVED SCENE: 0 9 4 8   DEPARTED SCENE: 0 9 5 1   ARRIVED HOSPITAL:   RESCUE UNIT   TIME CALLED:   ARRIVED SCENE:

AMBULANCE SERVICE: ACADIAN UNIT 77   FIRE DEPARTMENT:

INVESTIGATING AGENCY   NAME OF AGENCY: ST. JOHN THE BAPTIST SHERIFF'   TIME OF NOTIFICATION: 0 9 4 3   TIME OF ARRIVAL: 0 9 5 3   TIME ALL LANES OPENED: 0 9 5 3

INVESTIGATION COMPLETE Y/N [X]   INVESTIGATING POLICE AGENCY [C]   A. STATE  C. PARISH  B. CITY  Z. OTHER   DATE REPORT COMPLETED: 1 1 0 9 2 0 2 0

HARRIS, ALBERNAE
INVESTIGATING OFFICER'S NAME (PRINT)   SIGNATURE   BADGE #: 1 7 3 0   SP

SUPERVISOR'S INITIALS OR BADGE#

_011 0910 3120065
**COMPUTER NUMBER**

PAGE #
02

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**VEHICLE/PEDESTRIAN**

I20008831

| 1 VEH # | OR | PEDESTRIAN |
|---|---|---|

| CONF | CARGO BODY TYPE | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|---|---|
| Q | B see page 1 for selections | 2013 | PETERBILT | 389 | 2 | 3 | 10 |

**V.I.N.** 1XPXD49X3DD201267    VEHICLE TOWED B   A. YES  B. NO  C. LEFT AT SCENE   REMOVED BY DRIVER

| | YEAR | STATE | NUMBER | TYPE | GVWR/GCWR | REASON TOWED |
|---|---|---|---|---|---|---|
| LICENSE PLATE | 2020 | IL | P1053032 | TRUCK | 33001 | A. VEHICLE DAMAGE  B. DRIVER ARRESTED  C. INSURANCE VIOLATION  Z. OTHER |

| | YEAR | MAKE | TYPE | | YEAR | STATE | NUMBER |
|---|---|---|---|---|---|---|---|
| TRAILER DESCRIPTION | | | | LICENSE PLATE | | | |

| VEHICLE CLASSIFICATION | COMMERCIAL/ BUSINESS VEHICLE X | GOVERNMENT VEHICLE | PERSONAL VEHICLE |
|---|---|---|---|

**COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.**   US DOT # 0127713

CARRIER NAME SWANSON TRUCKING    MC/MX ("ICC") #

STREET ADDRESS 301 GREEN RIVER ROAD   CITY OHIO   STATE IL   ZIP 61349

INTERSTATE CARRIER Y/N X   TRANSPORTING HAZARDOUS MATERIAL Y/N   CLASS   ID#   PLACARDS DISPLAYED Y/N   HAZ MAT RELEASED Y/N

NAME (LAST, FIRST, MI) OF X DRIVER   PEDESTRIAN

SMITH, DAVID   DATE OF BIRTH ████ 1952

STREET ADDRESS 1101 N MAIN   TELEPHONE # 815-878-2271

| | | POSI- TION | EJEC- TION | TRAP/ EXTRI- CATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| CITY PRINCETON   STATE IL   ZIP 61356 | | A | A | A | B | D | M | W | 68 | E |

| STATE | CLASS | ENDORSEMENTS | DRIVER'S LICENSE NUMBER | | | |
|---|---|---|---|---|---|---|
| IL | A | | S53017852068 | INSTRUCTED TO EXCHANGE INFORMATION? Y/N X | NAME OF FACILITY | TRANSPORTED TO MEDICAL FACILITY  A. YES  C. REFUSED AID  B. NO  Y. UNKNOWN |

| PEDESTRIAN ONLY | UPPER BODY CLOTHING LIGHT DARK | LOWER BODY CLOTHING LIGHT DARK | SEX | RACE | AGE | INJURY CODE |
|---|---|---|---|---|---|---|

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME)   Same as Driver

SWANSON TRUCKING INC   TELEPHONE #

STREET ADDRESS 301 GREEN ROAD   CITY OHIO   STATE IL   ZIP 61349

INSURANCE CO. NAME NORTHLAND INSURANCE (NOT AGENCY NAME)   POLICY NUMBER WF010287   EXPIRATION DATE 02012021

AGENT'S NAME/ADDRESS   PHONE # 563-585-2310

| CODES | | | | | | |
|---|---|---|---|---|---|---|
| SEATING POSITION | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
| A- FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER) | J- SLEEPER SECTION OF CAB (TRUCK) | A- NOT EJECTED | A- NOT TRAPPED | A- DEPLOYED | A- NONE USED-VEHICLE OCCUPANT | A- FATAL |
| B- FRONT SEAT-MIDDLE | K- PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) | B- TOTALLY EJECTED | B- TRAPPED/EXTRI- CATED | B- NON DEPLOYED | B- SHOULDER BELT ONLY USED | B- INCAPACITA- TING/SEVERE |
| C- FRONT SEAT-RIGHT SIDE | L- PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON- TRAILING UNIT) | C- PARTIALLY EJECTED | C- TRAPPED/NOT EXTRICATED | C- NON-DEPLOY- ED/SWITCH OFF | C- LAP BELT ONLY USED | C- NON-INCAPA- CITATING/ MODERATE |
| D- SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER) | | Y- UNKNOWN | Y- UNKNOWN | D- NOT APPLICABLE | D- SHOULDER AND LAP BELT USED | D- POSSIBLE/ COMPLAINT |
| E- SECOND SEAT-MIDDLE | M- PASSENGER ON TRAIN OR STREETCAR | | | Y- UNKNOWN | E- CHILD SAFETY SEAT IMPROPERLY USED | E- NO INJURY |
| F- SECOND SEAT-RIGHT SIDE | N- TRAILING UNIT | | | | F- CHILD SAFETY SEAT USED | |
| G- THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER) | O- RIDING ON VEHICLE EXTERIOR (NON- TRAILING UNIT) | | | | G- HELMET USED | |
| H- THIRD ROW-MIDDLE | Y- UNKNOWN | | | | Y- RESTRAINT USE UNKNOWN | |
| I - THIRD ROW-RIGHT SIDE | | | | | | |

‾011091031200065

## CONTRIBUTING FACTORS AND CONDITIONS

WRITE APPROPRIATE LETTER IN BLOCK

I20008831

### VISION OBSCUREMENTS [N]

A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Z. OTHER

### VIOLATION [S]

A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLARES, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Z. OTHER

### TRAFFIC CONTROL [E]

A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

### CONDITION OF DRIVER/PED [B]

A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

### DRIVER DISTRACTION [E]

A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

### REASON FOR MOVEMENT [A]

A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

### PEDESTRIAN ACTIONS [ ]

A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

### SEQUENCE OF EVENTS/HARMFUL EVENTS

**NON COLLISION**
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. SUBMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

**COLLISION WITH PERSON, MOTOR VEHICLE, OR NON- FIXED OBJECT**
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL

S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

**COLLISION WITH FIXED OBJECT**
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC SUPPORT
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT

LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

1st [S]
2nd [ ]
3rd [ ]
4th [ ]

MOST HARMFUL EVENT

### MOVEMENT PRIOR TO CRASH [B]

A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN

K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER

T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

### VEHICLE CONDITION [K]

A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

### VEHICLE LIGHTING [B]

A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

### TRAFFIC CONTROL CONDITIONS [A]

A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
N. NO CONTROLS
Y. UNKNOWN

### ALCOHOL/DRUG INVOLVEMENT [A]

ALCOHOL/DRUGS SUSPECTED......... [B]
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL.........................
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING     [0] ___ ___ .__ %
D. TEST GIVEN, BAC ...............

DRUGS........................... [A]
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

**AFFIX BLOOD ALCOHOL KIT LABEL HERE**

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| HEADED | DIRECTION BEFORE CRASH ON HIGHWAY, STREET OR DRIVE | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED EST. | POSTED | SKIDMARK DATA (FEET) FR | FL | RR | RL |
|---|---|---|---|---|---|---|---|---|---|
| S | N E S W   US HWY 51 | SAME | 0 | UNK | 45 | 0 | 0 | 0 | 0 |

### DAMAGE TO VEHICLE

AREA DAMAGED



N- UNDER-CARRIAGE
T- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

1ST [B]
2ND [A]
3RD [L]

**EXTENT OF DEFORMITY**

1ST [B]
2ND [B]
3RD [B]

A- NONE
B- VERY MINOR
C- MINOR
D- MINOR/MODERATE
E- MODERATE
F- MODERATE/SEVERE
G- SEVERE
H- VERY SEVERE
Y-UNKNOWN

| | CITATION NO | VEH. PED. | R.S. OR ORD. NO |
|---|---|---|---|
| | | ☐ ☐ | |
| | | ☐ ☐ | |
| | | ☐ ☐ | |
| | | ☐ ☐ | |

NOTICE OF INSURANCE VIOLATION ............... ☐

INVESTIGATING OFFICER'S INITIALS

_ 0 1 1 0 9 1 0 3 1 2 0 0 6 5
**COMPUTER NUMBER**   PAGE #   0 4

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**VEHICLE/PEDESTRIAN**

I 2 0 0 0 8 8 3 1

| VEH # | 2 | OR | | PEDESTRIAN |

| CONF | B | CARGO BODY TYPE | X | *see page 1 for selections* | YEAR | 2 0 1 7 | MAKE | N I S S A N | MODEL | | # DOORS | 4 | # AXLES | 2 | # TIRES | 4 |

**V.I.N.** 1 N 6 D D 0 E R X H N 7 7 2 4 3 4    VEHICLE TOWED | B | A.YES  B.NO  C. LEFT AT SCENE    REMOVED BY D R I V E R

| LICENSE PLATE | YEAR 2 0 2 2 | STATE L A | NUMBER Y 3 2 1 9 9 4 | TYPE P A S S | | GVWR/GCWR 0 | | REASON TOWED A. VEHICLE DAMAGE B. DRIVER ARRESTED C. INSURANCE VIOLATION Z. OTHER |

| TRAILER DESCRIPTION | YEAR 2 0 1 6 | MAKE M M C L | TYPE | LICENSE PLATE | YEAR 2 0 2 0 | STATE L A | NUMBER J 7 2 0 7 7 2 |

| VEHICLE CLASSIFICATION | COMMERCIAL/ BUSINESS VEHICLE | GOVERNMENT VEHICLE | PERSONAL VEHICLE X |

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.    US DOT # _____

CARRIER NAME _____    MC/MX ("ICC") # _____

STREET ADDRESS _____    CITY _____    STATE ___    ZIP ___

INTERSTATE CARRIER Y/N    TRANSPORTING HAZARDOUS MATERIAL Y/N    CLASS .    ID# ___    PLACARDS DISPLAYED Y/N    HAZ MAT RELEASED Y/N

| NAME (LAST, FIRST, MI) OF | X | DRIVER | | PEDESTRIAN | S I M M O N S ,  N A T H A N I E L | | DATE OF BIRTH | [REDACTED] 1 9 5 8 |

STREET ADDRESS 1 0 1  O R M O N D  B V D    TELEPHONE # 5 0 4 - 3 3 9 - 6 2 9 9

| POSI-TION | EJEC-TION | TRAP/ EXTRI-CATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|

CITY L A P L A C E    STATE L A    ZIP 7 0 0 6 8    | A | A | A | B | D | M | B | 6 2 | C |

| STATE L A | CLASS E | ENDORSEMENTS | DRIVER'S LICENSE NUMBER 1 1 3 8 9 1 5 9 | INSTRUCTED TO EXCHANGE INFORMATION? Y/N X |

TRANSPORTED TO MEDICAL FACILITY A. YES  C. REFUSED AID B. NO  Y. UNKNOWN   | B |

NAME OF FACILITY _____

| PEDESTRIAN ONLY | UPPER BODY CLOTHING | LIGHT | DARK | LOWER BODY CLOTHING | LIGHT | DARK | SEX | RACE | AGE | INJURY CODE |

| OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME) | X | Same as Driver | S I M M O N S ,  N A T H A N I E L | | TELEPHONE # 5 0 4 - 3 3 9 - 6 2 9 9 |

STREET ADDRESS 1 0 1  O R M O N D  B V D

CITY L A P L A C E    STATE L A    ZIP 7 0 0 6 8

**INSURANCE CO. NAME** S T A T E  F A R M (NOT AGENCY NAME)    POLICY NUMBER 3 6 8 0 5 6 2 F 0 6 1 8 A    EXPIRATION DATE 1 2 0 6 2 0 2 0

**AGENT'S NAME/ADDRESS** S E A N  D O O D Y    PHONE # 9 8 5 - 6 5 2 - 6 5 2 0

| CODES | | | | | | |
|---|---|---|---|---|---|---|
| SEATING POSITION | | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER) B - FRONT SEAT-MIDDLE C - FRONT SEAT-RIGHT SIDE D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER) E - SECOND SEAT-MIDDLE F - SECOND SEAT-RIGHT SIDE G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER) H - THIRD ROW-MIDDLE I - THIRD ROW-RIGHT SIDE | J - SLEEPER SECTION OF CAB (TRUCK) K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) M - PASSENGER ON TRAIN OR STREETCAR N - TRAILING UNIT O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT) Y - UNKNOWN | A - NOT EJECTED B - TOTALLY EJECTED C - PARTIALLY EJECTED Y - UNKNOWN | A - NOT TRAPPED B - TRAPPED/EXTRI-CATED C - TRAPPED/NOT EXTRICATED Y - UNKNOWN | A - DEPLOYED B - NON DEPLOYED C - NON-DEPLOY-ED/SWITCH OFF D - NOT APPLICABLE Y - UNKNOWN | A - NONE USED-VEHICLE OCCUPANT B - SHOULDER BELT ONLY USED C - LAP BELT ONLY USED D - SHOULDER AND LAP BELT USED E - CHILD SAFETY SEAT IMPROPERLY USED F - CHILD SAFETY SEAT USED G - HELMET USED Y - RESTRAINT USE UNKNOWN | A - FATAL B - INCAPACITA-TING/SEVERE C - NON-INCAPA-CITATING/ MODERATE D - POSSIBLE/ COMPLAINT E - NO INJURY |

Original Locked Report

_ 01109103120065

PAGE #
**05**

## CONTRIBUTING FACTORS AND CONDITIONS

I20008831

WRITE APPROPRIATE LETTER IN BLOCK

### VISION OBSCURMENTS   [N]

A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCURMENTS
Y. UNKNOWN
Z. OTHER

### VIOLATION   [U]

A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

### TRAFFIC CONTROL   [E]

A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

### CONDITION OF DRIVER/PED   [A]

A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

### DRIVER DISTRACTION   [E]

A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

### REASON FOR MOVEMENT   [P]

A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. TO AVOID OUT OF CONTROL, NOT PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

### PEDESTRIAN ACTIONS

A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD – WITH TRAFFIC
D. WALKING IN ROAD – AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

### VEHICLE CONDITION   [K]

A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

### VEHICLE LIGHTING   [B]

A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

### TRAFFIC CONTROL CONDITIONS   [A]

A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

### SEQUENCE OF EVENTS/HARMFUL EVENTS

**NON COLLISION**
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS
J. IN TRANSPORT
K. RAN OFF ROAD RIGHT
L. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

**COLLISION WITH PERSON, MOTOR VEHICLE, OR NON- FIXED OBJECT**
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL

S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

**COLLISION WITH FIXED OBJECT**
X. IMPACT ATTENUATION/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC SUPPORT
II. TRAFFIC SIGNAL BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT

LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

1st [S]
2nd
3rd
4th
MOST HARMFUL EVENT [S]

### MOVEMENT PRIOR TO CRASH   [B]

A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN

K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER

T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

### ALCOHOL/DRUG INVOLVEMENT   [A]

**ALCOHOL/DRUGS SUSPECTED -**
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

**ALCOHOL -**   [B]
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC = [0]   9%

**DRUGS -**   [A]
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

**AFFIX BLOOD ALCOHOL KIT LABEL HERE**

**(OR ENTER BLOOD ALCOHOL KIT NUMBER)**

### DAMAGE TO VEHICLE

**AREA DAMAGED**   [P]

N- UNDER-CARRIAGE
O- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

1ST
2ND
3RD

**EXTENT OF DEFORMITY**   [C]

A- NONE
B- VERY MINOR
C- MINOR
D- MINOR/MODERATE
E- MODERATE
F- MODERATE/SEVERE
G- SEVERE
H-VERY SEVERE
Y-UNKNOWN

1ST
2ND
3RD

| HEADED | DIRECTION BEFORE CRASH ON HIGHWAY, STREET OR DRIVE | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED EST. | POSTED | SKIDMARK DATA (FEET) FR | FL | RR | RL |
|---|---|---|---|---|---|---|---|---|---|
| [S] N E S W | HWY 51 | SAME | 0 | UNK | 45 | 0 | 0 | 0 | 0 |

CITATION NO                    VEH.  PED.

R.S. OR ORD. NO

NOTICE OF INSURANCE VIOLATION ............ ☐

Original Locked Report

**OFFICER'S NARRATIVE:** DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS. INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC.

_0110910312006 5_

IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE.

PAGE #

0 6

**REFER TO EACH BY VEHICLE NUMBER** I 2 0 0 0 8 8 3 1

Deputy Harris met and spoke with driver of vehicle one David Smith who drove a 2013 brown in color Peterbilt truck bearing Illinois plates P1053032. Mr. Smith stated as he pulled to the light on 51 he stopped behind vehicle two. Upon the light turing green Mr. Smith stated his foot slipped off the clutch at which time he softly crashed into the rear of vehicle twos trailer. At this time he relocated his vehicle to a safe location and contacted the St John Parish sheriffs office. Mr. Smith informed Deputy Harris no injuries were sustained and was cleared by Acadian EMS on scene.

Mr. Smith was found at fault for careless operation and was not given a citation.

Deputy Harris relocated to vehicle two a 2017 black nissan bearing Louisiana plates Y321994 which was hauling a small utility trailer bearing Louisianan plates J720772. The driver identified as Nathaniel Simmons III stated while at the red light as it turned green the truck behind him struck his trailer at which time it felt like he was struck twice. Mr. Simmons stated vehicle one attempted to leave the scene at which time he following the vehicle and contacted his wife and called 911. Mr. Simmons also informed Deputy Harris Mr. Smith attempted to give him cash in exchange for him not to call the police. Mr. Smith was given aid on scene by Acadian for minor back injuries related to the crash and refused to be transported to the hospital.

Both driver were issued item cards in reference to the report. It should also be noted Both drivers completed statement forms which will be logged for evidence.



| NON-COLLISION WITH MOTOR VEHICLE A | REAR END B | HEAD-ON C | RIGHT ANGLE D | LEFT TURN E | LEFT TURN F | LEFT TURN G | RIGHT TURN H | RIGHT TURN I | SIDESWIPE SAME J | SIDESWIPE OPPOSITE K | OTHER Z | MANNER OF COLLISION | B |

## STATEMENT

Please remit all payments to 56634 Bosworth St. Slidell, LA 70458.
NOTE: This is NOT a final bill.

| PATIENT NAME | | |
|---|---|---|
| Simmons, Nathaniel | | |
| **BILL DATE** | **ACCOUNT NO.** | **AMOUNT PAID** |
| Dec 6, 2021 | 36239 | |

THIS IS A STATEMENT OF SERVICES RENDERED BY PHYSICIAN(S) WHO ARE MEMBERS OF:

LAHS-LaPlace

1524 W AIRLINE HWY

LAPLACE, LA 70068-372[

985-233-2600

Becnel Law Firm,

425 W AIRLINE HWY

STE B

LAPLACE LA 70068-3818

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 11/17/2020 | Claim:287412, Provider: Casey Accardo, DC | | | |
| 11/17/2020 | Facility: LAHS-LaPlace | | | |
| 11/17/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 11/17/2020 | 99203 OfficeVisit, New Pt., Level 3 (with therapy/procedure) | $236.00 | | |
| 11/17/2020 | 72040 X-RAY OF CERVICAL SPINE 3 view | $126.00 | | |
| 11/17/2020 | 72070 X-RAY OF THORACIC SPINE AP/LAT | $126.00 | | |
| 11/17/2020 | 72100 X-RAY OF LUMBAR SPINE 2 view | $135.00 | | |
| 08/09/2021 | Kathryn Weekley Becnel Payment | | $659.00 | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $0.00 |
| 11/19/2020 | Claim:287425, Provider: Casey Accardo, DC | | | |
| 11/19/2020 | Facility: LAHS-LaPlace | | | |
| 11/19/2020 | 97535 ADLH | $62.00 | | |
| 11/19/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 11/19/2020 | 97140 MANUAL THERAPY | $65.00 | | |
| 08/09/2021 | Kathryn Weekley Becnel Payment | | $163.00 | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $0.00 |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons, Nathaniel | 36239 | AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :    LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|
| Amount: | | | Exp. Date: | | |
| Credit Card No: | | | Date: | | |
| Signature: | | | CVV: | | |

# STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 11/20/2020 | Claim:287343, Provider: Casey Accardo, DC | | | |
| 11/20/2020 | Facility: LAHS-LaPlace | | | |
| 11/20/2020 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 11/20/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 11/20/2020 | 97140 MANUAL THERAPY | $65.00 | | |
| 08/09/2021 | Kathryn Weekley Becnel Payment | | $142.00 | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $0.00 |
| 11/23/2020 | Claim:287450, Provider: Casey Accardo, DC | | | |
| 11/23/2020 | Facility: LAHS-LaPlace | | | |
| 11/23/2020 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 11/23/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 11/23/2020 | 97140 MANUAL THERAPY | $65.00 | | |
| 08/09/2021 | Kathryn Weekley Becnel Payment | | $142.00 | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $0.00 |
| 11/25/2020 | Claim:287461, Provider: Casey Accardo, DC | | | |
| 11/25/2020 | Facility: LAHS-LaPlace | | | |
| 11/25/2020 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 11/25/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 11/25/2020 | 97140 MANUAL THERAPY | $65.00 | | |
| 08/09/2021 | Kathryn Weekley Becnel Payment | | $142.00 | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $0.00 |
| 11/30/2020 | Claim:287699, Provider: Casey Accardo, DC | | | |
| 11/30/2020 | Facility: LAHS-LaPlace | | | |
| 11/30/2020 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 11/30/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 11/30/2020 | 97140 MANUAL THERAPY | $65.00 | | |
| 08/09/2021 | Kathryn Weekley Becnel Payment | | $102.00 | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons, Nathaniel | 36239 | AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :    LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:            VISA            MASTER CARD            DISCOVER            AMEX            CHECK
Amount:                                                                    Exp. Date:
Credit Card No:                                                         Date:
Signature:                                                                 CVV:

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $40.00 |
| 12/02/2020 | Claim:289183, Provider: Casey Accardo, DC | | | |
| 12/02/2020 | Facility: LAHS-LaPlace | | | |
| 12/02/2020 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 12/02/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/02/2020 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| 12/02/2020 | Claim:291426, Provider: UZOMA MOORE, MD | | | |
| 12/02/2020 | Facility: LAHS-LaPlace | | | |
| 12/02/2020 | 99214 Office Visit, Est Pt., Level 4 | $200.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $342.00 |
| 12/07/2020 | Claim:290527, Provider: Casey Accardo, DC | | | |
| 12/07/2020 | Facility: LAHS-LaPlace | | | |
| 12/07/2020 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 12/07/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 12/09/2020 | Claim:290887, Provider: Casey Accardo, DC | | | |
| 12/09/2020 | Facility: LAHS-LaPlace | | | |
| 12/09/2020 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 12/09/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 12/14/2020 | Claim:291457, Provider: Casey Accardo, DC | | | |
| 12/14/2020 | Facility: LAHS-LaPlace | | | |
| 12/14/2020 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 12/14/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons,  Nathaniel | 36239 | AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :    LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|
| Amount: | | | Exp. Date: | | |
| Credit Card No: | | | Date: | | |
| Signature: | | | CVV: | | |

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| | Your Balance Due On These Services... | | | $77.00 |
| 12/16/2020 | Claim:292245, Provider: Casey Accardo, DC | | | |
| 12/16/2020 | Facility: LAHS-LaPlace | | | |
| 12/16/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/16/2020 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $101.00 |
| 12/21/2020 | Claim:293510, Provider: Casey Accardo, DC | | | |
| 12/21/2020 | Facility: LAHS-LaPlace | | | |
| 12/21/2020 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 12/21/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 12/23/2020 | Claim:295046, Provider: Casey Accardo, DC | | | |
| 12/23/2020 | Facility: LAHS-LaPlace | | | |
| 12/23/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/23/2020 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/23/2020 | 99213 Office Visit, Est. Pt., Level 3 (with therapy/procedure) | $125.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $226.00 |
| 12/28/2020 | Claim:294430, Provider: Casey Accardo, DC | | | |
| 12/28/2020 | Facility: LAHS-LaPlace | | | |
| 12/28/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/28/2020 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $101.00 |
| 12/30/2020 | Claim:294993, Provider: Casey Accardo, DC | | | |
| 12/30/2020 | Facility: LAHS-LaPlace | | | |
| 12/30/2020 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |

| DATE | PATIENT NAME | ACCOUNT NO. | | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons, Nathaniel | 36239 | PAY THIS AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :     LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:          VISA          MASTER CARD          DISCOVER          AMEX          CHECK
Amount:                                                Exp. Date:
Credit Card No:                                       Date:
Signature:                                            CVV:

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 12/30/2020 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/30/2020 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 12/30/2020 | 97110 TE | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $207.00 |
| 01/04/2021 | Claim:296069, Provider: Casey Accardo, DC | | | |
| 01/04/2021 | Facility: LAHS–LaPlace | | | |
| 01/04/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $36.00 |
| 01/06/2021 | Claim:296330, Provider: Casey Accardo, DC | | | |
| 01/06/2021 | Facility: LAHS–LaPlace | | | |
| 01/06/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 01/06/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 01/11/2021 | Claim:297211, Provider: Casey Accardo, DC | | | |
| 01/11/2021 | Facility: LAHS–LaPlace | | | |
| 01/11/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 01/11/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 01/13/2021 | Claim:299793, Provider: UZOMA MOORE, MD | | | |
| 01/13/2021 | Facility: LAHS–LaPlace | | | |
| 01/13/2021 | 99214 Office Visit, Est Pt., Level 4 | $200.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $200.00 |
| 01/18/2021 | Claim:298886, Provider: Casey Accardo, DC | | | |
| 01/18/2021 | Facility: LAHS–LaPlace | | | |
| 01/18/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons, Nathaniel | 36239 | AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :    LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|
| Amount: | | | Exp. Date: | | |
| Credit Card No: | | | Date: | | |
| Signature: | | | CVV: | | |

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/WITHHELD | AMOUNT |
|---|---|---|---|---|
| 01/18/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 01/20/2021 | Claim:299282, Provider: Casey Accardo, DC | | | |
| 01/20/2021 | Facility: LAHS-LaPlace | | | |
| 01/20/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 01/20/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 01/25/2021 | Claim:301689, Provider: Casey Accardo, DC | | | |
| 01/25/2021 | Facility: LAHS-LaPlace | | | |
| 01/25/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 01/25/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 01/27/2021 | Claim:302044, Provider: Casey Accardo, DC | | | |
| 01/27/2021 | Facility: LAHS-LaPlace | | | |
| 01/27/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 01/27/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 02/01/2021 | Claim:301699, Provider: Casey Accardo, DC | | | |
| 02/01/2021 | Facility: LAHS-LaPlace | | | |
| 02/01/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 02/01/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 02/03/2021 | Claim:302482, Provider: Casey Accardo, DC | | | |
| 02/03/2021 | Facility: LAHS-LaPlace | | | |
| 02/03/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons, Nathaniel | 36239 | AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :     LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:          VISA          MASTER CARD          DISCOVER          AMEX          CHECK
Amount:
Credit Card No:                                                            Exp. Date:
                                                                          Date:
Signature:                                                                CVV:

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 02/03/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $101.00 |
| 02/08/2021 | Claim:303277, Provider: Casey Accardo, DC | | | |
| 02/08/2021 | Facility: LAHS-LaPlace | | | |
| 02/08/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 02/08/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 02/10/2021 | Claim:303927, Provider: Casey Accardo, DC | | | |
| 02/10/2021 | Facility: LAHS-LaPlace | | | |
| 02/10/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 02/10/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 02/10/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $142.00 |
| 02/17/2021 | Claim:305271, Provider: Casey Accardo, DC | | | |
| 02/17/2021 | Facility: LAHS-LaPlace | | | |
| 02/17/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 02/17/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 02/17/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $142.00 |
| 02/22/2021 | Claim:306088, Provider: Casey Accardo, DC | | | |
| 02/22/2021 | Facility: LAHS-LaPlace | | | |
| 02/22/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 02/22/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 02/24/2021 | Claim:306567, Provider: Casey Accardo, DC | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons, Nathaniel | 36239 | AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :     LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:               VISA          MASTER CARD          DISCOVER          AMEX          CHECK
Amount:
Credit Card No:                                                       Exp. Date:
Signature:                                                            Date:
                                                                     CVV:

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 02/24/2021 | Facility: LAHS-LaPlace | | | |
| 02/24/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 02/24/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 03/01/2021 | Claim:307848, Provider: Casey Accardo, DC | | | |
| 03/01/2021 | Facility: LAHS-LaPlace | | | |
| 03/01/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 03/01/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 03/03/2021 | Claim:308556, Provider: Casey Accardo, DC | | | |
| 03/03/2021 | Facility: LAHS-LaPlace | | | |
| 03/03/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 03/03/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 03/08/2021 | Claim:309138, Provider: Casey Accardo, DC | | | |
| 03/08/2021 | Facility: LAHS-LaPlace | | | |
| 03/08/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 03/08/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 03/15/2021 | Claim:310922, Provider: Casey Accardo, DC | | | |
| 03/15/2021 | Facility: LAHS-LaPlace | | | |
| 03/15/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 03/15/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 03/17/2021 | Claim:311523, Provider: Casey Accardo, DC | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons, Nathaniel | 36239 | AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :    LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|
| Amount: | | | Exp. Date: | | |
| Credit Card No: | | | Date: | | |
| Signature: | | | CVV: | | |

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 03/17/2021 | Facility: LAHS-LaPlace | | | |
| 03/17/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 03/17/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 03/22/2021 | Claim:314510, Provider: Casey Accardo, DC | | | |
| 03/22/2021 | Facility: LAHS-LaPlace | | | |
| 03/22/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 03/22/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 03/24/2021 | Claim:313473, Provider: Casey Accardo, DC | | | |
| 03/24/2021 | Facility: LAHS-LaPlace | | | |
| 03/24/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $36.00 |
| 03/29/2021 | Claim:314265, Provider: Casey Accardo, DC | | | |
| 03/29/2021 | Facility: LAHS-LaPlace | | | |
| 03/29/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 03/29/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 04/05/2021 | Claim:315419, Provider: Casey Accardo, DC | | | |
| 04/05/2021 | Facility: LAHS-LaPlace | | | |
| 04/05/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 04/05/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 04/12/2021 | Claim:317357, Provider: Casey Accardo, DC | | | |
| 04/12/2021 | Facility: LAHS-LaPlace | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons, Nathaniel | 36239 | $6,577.00 | |

MAKE CHECK PAYABLE TO :    LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|
| Amount: | | | | | |
| Credit Card No: | | | Exp. Date: | | |
| Signature: | | | Date: | | |
| | | | CVV: | | |

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 04/12/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 04/12/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 04/12/2021 | 99213 Office Visit, Est. Pt., Level 3 (with therapy/procedure) | $125.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $202.00 |
| 04/19/2021 | Claim:319193, Provider: Casey Accardo, DC | | | |
| 04/19/2021 | Facility: LAHS-LaPlace | | | |
| 04/19/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 04/19/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 04/27/2021 | Claim:329121, Provider: Casey Accardo, DC | | | |
| 04/27/2021 | Facility: LAHS-LaPlace | | | |
| 04/27/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 04/27/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 05/04/2021 | Claim:329162, Provider: Casey Accardo, DC | | | |
| 05/04/2021 | Facility: LAHS-LaPlace | | | |
| 05/04/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 05/04/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $77.00 |
| 05/11/2021 | Claim:329220, Provider: Casey Accardo, DC | | | |
| 05/11/2021 | Facility: LAHS-LaPlace | | | |
| 05/11/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 05/11/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 05/11/2021 | 98941 Chiropractic manipulation 3  4 levels | $68.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons,  Nathaniel | 36239 | PAY THIS AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :     LA Health Solutions—LaPlace LLC

---

### IMPORTANT MESSAGE REGARDING YOUR ACCOUNT

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|

Amount:
Credit Card No: _____          Exp. Date: _____
                                                 Date: _____
Signature: _____               CVV: _____

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| | Your Balance Due On These Services... | | | $145.00 |
| 05/18/2021 | Claim:330054, Provider: Casey Accardo, DC | | | |
| 05/18/2021 | Facility: LAHS-LaPlace | | | |
| 05/18/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 05/18/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 05/18/2021 | 98941 CHIROPRACTIC MANIPULATION 3-4 LEVELS | $68.00 | | |
| 05/18/2021 | 99214 Office Visit, Est Pt., Level 4 | $200.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $369.00 |
| 05/25/2021 | Claim:327387, Provider: Casey Accardo, DC | | | |
| 05/25/2021 | Facility: LAHS-LaPlace | | | |
| 05/25/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 05/25/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $101.00 |
| 06/01/2021 | Claim:328486, Provider: Casey Accardo, DC | | | |
| 06/01/2021 | Facility: LAHS-LaPlace | | | |
| 06/01/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 06/01/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $101.00 |
| 06/08/2021 | Claim:330070, Provider: Casey Accardo, DC | | | |
| 06/08/2021 | Facility: LAHS-LaPlace | | | |
| 06/08/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 06/08/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | Your Balance Due On These Services... | | | $101.00 |
| 06/15/2021 | Claim:332306, Provider: Casey Accardo, DC | | | |
| 06/15/2021 | Facility: LAHS-LaPlace | | | |
| 06/15/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons, Nathaniel | 36239 | AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :   LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|
| Amount: | | | Exp. Date: | | |
| Credit Card No: | | | Date: | | |
| Signature: | | | CVV: | | |

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 06/15/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 06/15/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $142.00 |
| 06/22/2021 | Claim:334066, Provider: Casey Accardo, DC | | | |
| 06/22/2021 | Facility: LAHS-LaPlace | | | |
| 06/22/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 06/22/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 06/22/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $142.00 |
| 06/29/2021 | Claim:336018, Provider: Casey Accardo, DC | | | |
| 06/29/2021 | Facility: LAHS-LaPlace | | | |
| 06/29/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 06/29/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 06/29/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $142.00 |
| 07/06/2021 | Claim:337406, Provider: Casey Accardo, DC | | | |
| 07/06/2021 | Facility: LAHS-LaPlace | | | |
| 07/06/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 07/06/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 07/06/2021 | 99213 Office Visit, Est. Pt., Level 3 (with therapy/procedure) | $125.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $202.00 |
| 07/07/2021 | Claim:338304, Provider: UZOMA MOORE, MD | | | |
| 07/07/2021 | Facility: LAHS-LaPlace | | | |
| 07/07/2021 | 99214 Office Visit, Est Pt., Level 4 | $200.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons,  Nathaniel | 36239 | AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :     LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|
| Amount: | | | Exp. Date: | | |
| Credit Card No: | | | Date: | | |
| Signature: | | | CVV: | | |

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| | **Your Balance Due On These Services...** | | | $200.00 |
| 07/13/2021 | Claim:338866, Provider: Casey Accardo, DC | | | |
| 07/13/2021 | Facility: LAHS-LaPlace | | | |
| 07/13/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 07/13/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 07/20/2021 | Claim:340886, Provider: Casey Accardo, DC | | | |
| 07/20/2021 | Facility: LAHS-LaPlace | | | |
| 07/20/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 07/20/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 07/20/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $142.00 |
| 07/27/2021 | Claim:342986, Provider: Casey Accardo, DC | | | |
| 07/27/2021 | Facility: LAHS-LaPlace | | | |
| 07/27/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 07/27/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 07/27/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $142.00 |
| 08/03/2021 | Claim:344325, Provider: Casey Accardo, DC | | | |
| 08/03/2021 | Facility: LAHS-LaPlace | | | |
| 08/03/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 08/03/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 08/03/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $142.00 |
| 08/10/2021 | Claim:347618, Provider: Lyle Schween, D.C. | | | |
| 08/10/2021 | Facility: LAHS-LaPlace | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS | |
|---|---|---|---|---|
| Dec 6, 2021 | Simmons,  Nathaniel | 36239 | AMOUNT | $6,577.00 |

MAKE CHECK PAYABLE TO :     LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

| Payment Method: | VISA | MASTER CARD | DISCOVER | AMEX | CHECK |
|---|---|---|---|---|---|
| Amount: | | | Exp. Date: | | |
| Credit Card No: | | | Date: | | |
| Signature: | | | CVV: | | |

## STATEMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | PMT/ADJ/ WITHHELD | AMOUNT |
|---|---|---|---|---|
| 08/10/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 08/10/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 08/10/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $142.00 |
| 08/18/2021 | Claim:348408, Provider: Casey Accardo, DC | | | |
| 08/18/2021 | Facility: LAHS-LaPlace | | | |
| 08/18/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 08/18/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 08/18/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 08/18/2021 | 99213 Office Visit, Est. Pt., Level 3 (with therapy/procedure) | $125.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $267.00 |
| 08/25/2021 | Claim:351744, Provider: Casey Accardo, DC | | | |
| 08/25/2021 | Facility: LAHS-LaPlace | | | |
| 08/25/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 08/25/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $77.00 |
| 09/22/2021 | Claim:352901, Provider: Casey Accardo, DC | | | |
| 09/22/2021 | Facility: LAHS-LaPlace | | | |
| 09/22/2021 | 97012 MECHANICAL TRACTION | $41.00 | | |
| 09/22/2021 | 97014 ELECTRIC STIMULATION THERAPY | $36.00 | | |
| 09/22/2021 | 97140 MANUAL THERAPY | $65.00 | | |
| 12/06/2021 | Your Balance Due On These Services | | | |
| | **Your Balance Due On These Services...** | | | $142.00 |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS |
|---|---|---|---|
| Dec 6, 2021 | Simmons, Nathaniel | 36239 | AMOUNT  $6,577.00 |

MAKE CHECK PAYABLE TO :    LA Health Solutions—LaPlace LLC

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
|---|

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:          VISA          MASTER CARD          DISCOVER          AMEX          CHECK
Amount:                                                          Exp. Date:
Credit Card No:                                                  Date:
Signature:                                                       CVV:

Patient Name: Simmons, Nathaniel, DOB: ████1958, Account No.: 36239, MRN:

1/27/2021

SIMMONS, Nathaniel **DOB:** ████1958 (62 yo M) **Acc No.** 36239 **DOS:** 11/17/2020



## LA Health Solutions

**Initial Visit Chiro-MVA**

**Patient:** Simmons, Nathaniel
**DOB:** ████1958 **Age:** 62 Y **Sex:** Male

**Provider:** Casey Accardo, DC
**Date:** 11/17/2020

### History of Present Illness
COVID-19 Screening:
    COVID-19 Screening
      Have you traveled outside of the country in the last 14 days? *No travel outside of the country*
      Have you had contact with anyone confirmed with COVID-19 in the last 14 days? *No*
      Have you had any of the following symptoms in the last 14 days? *No Symptoms*
      Are you currently experiencing any of the below symptoms? *No Symptoms*
Patient Subjective:
    Pain:
      Region: *Head,Neck,Mid back,Low back,Right Hip,Abdomen*
      Level of pain-HEAD *9-Crying*
      Level of pain-NECK *9-Crying*
      Radiates to *right arm*
      Level of pain-MID BACK *9-Crying*
      Level of pain-LOW BACK *9-Crying*
      Radiates to *both legs*
      Level of pain-RIGHT HIP *7-8-Severe*
      Level of pain-ABDOMEN *9-Crying*
      Status Compared to Last Visit *1st Visit*
Mechanism of Injury:
    Motor Vehicle Collision: Patient was involved in a motor vehicle collision on 11/09/2020. The patient states that he was the restrained driver of the vehicle that had a trailer attached to the back. He was at a complete stop at a traffic light when he was rear-ended by the vehicle traveling directly behind him. He did not see the accident coming so he did not tense his body. Upon impact, he was facing forward with both hands on the steering wheel. He reports whiplashing forward and back into the seat then striking the back of his head on the head rest. The pain began immediately.
Accident Information:
    Injury/Treatment Information
      Date of injury: *11/09/2020*
      Parish where accident occurred: *St. John*
      The pain began *Immediately*
      Treatment: *Patient received treatment following the accident.*
      Facility: *River Parish Hospital*
      Treatment Received: *Evaluation, X-Rays, Medication*
      Diagnostic imaging was *performed.*
      Type of diagnostic imaging performed: *X-Rays Cervical Spine, Lumbar Spine*
      Previous injury to affected areas was *reported.*
      Previous injury date: *2018*
      Regions previously injured: *Cervical Region, Lumbar Region*
      Treatment received for previous injury: *Therapy*
      Prior to current injury, previous pain *remained*, patient reports pain returning periodically
Signs and Symptoms:
    Complaints
      Anxiety *Denies*

Patient Name: Simmons, Nathaniel, DOB: ███1958, Account No.: 36239, MRN:

1/27/2021

**SIMMONS, Nathaniel DOB:** ███1958 (62 yo M) **Acc No.** 36239 **DOS:** 11/17/2020

Depression *Denies*
Sleep Disruption *Denies*
Headaches *Denies*
Dizziness *Denies*
Visual Disturbance *Denies*
TMJ *Denies*
Muscle Spasm *Denies*
Pain *Present*
Joint Stiffness *Denies*
Radiating Pain *Denies*

Symptoms:
Symptoms
Neck Injuries: *Neck pain*
Mid BackPain/Upper Back Pain: *Upper/Mid back pain*
Low Back Pain: *Low back pain*

Self Care:
Self-Care
Types of self-care patient has attempted at home *Over the Counter Medications, Heat, Topical Cream*
Frequency *PRN*

Rivermead Post-Concussion Symptoms :
Concussion Symptoms
Headaches *0 = Not experienced at all*
Feelings of dizziness *0 = Not experienced at all*
Nausea and/or vomiting *0 = Not experienced at all*
Noise sensitivity, or easily upset by loud noise *0 = Not experienced at all*
Sleep Disturbance *0 = Not experienced at all*
Fatigue/tiring more easily *0 = Not experienced at all*
Being Irritable or easily angered *0 = Not experienced at all*
Feeling depressed or tearful *0 = Not experienced at all*
Feeling frustrated or impatient *0 = Not experienced at all*
Forgetfulness or poor memory *0 = Not experienced at all*
Poor concentration *0 = Not experienced at all*
Taking longer to think *0 = Not experienced at all*
Blurred vision *0 = Not experienced at all*
Light sensitivity, or easily upset/irritated by bright light *0 = Not experienced at all*
Double vision *0 = Not experienced at all*
Restlessness *0 = Not experienced at all*
RPQ-3 Score (total for first three items) *0*
RPQ-13 Score (total for next 13 items) *0*

Accident History::
INJURIES: head injury, upper back injury, mid back injury, lower back injury .
THE CROFT CAD CLASSIFICATION SYSTEM 1992:
Types of Collisions: *I Primary Rear Impact, II Primary Side Impact, III Primary Frontal Impact*
Present Collision: *I Primary Rear Impact*
ACCIDENT RISK FACTORS: rear vs. other vector impacts , use of seat belts/shoulder harness , non-awareness of impending crash.

**Current Medications**
None

**Past Medical History**
Hypertension-medication name unknown.

**Surgical History**
Hernia Repair 2017

**Family History**
No Family History documented.

**Social History**
*Social History:
Marital Status: Married.

Patient Name: Simmons, Nathaniel, DOB: ███1958, Account No.: 36239, MRN:

Patient Name: Simmons, Nathaniel, DOB: ███1958, Account No.: 36239, MRN:

1/27/2021

SIMMONS, Nathaniel DOB: ███1958 (62 yo M) Acc No. 36239 DOS: 11/17/2020

Cigarettes, packs per day: 5 cigarettes per day.
Dip, Chewing Tobacco, Electronic Cigarettes: No.
Alcohol Use: Never.
Recreational Drugs (within the last 12 months): No.
Employment Status: Unemployed.
Disabled? If so, Why?: Yes , hearing impaired.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
*ROS:
    Frequent fever Denies. Weight loss Denies. Blurred vision Denies. Trouble swallowing Denies. Chest pains Denies. Palpitations Denies. Shortness of breath Denies. Chronic cough Denies. Nausea Denies. Vomiting Denies. Rash Denies. Headache Denies. Dizziness Denies. Anxiety Denies. Depression Denies. Excessive thirst Denies. Easy bleeding Denies. Easy Bruising Denies. Problems with vision Denies. Problems with urination Denies. Problems with bowel habits Denies.

**Examination**
Neurological:
    CORTICAL FUNCTIONS: alert and oriented X 3, comprehension and language intact, speech fluent ***Patient is hard of hearing but does wear hearing aid. His wife is here as well to help with questions***.
Cervical Spine/Neck:
    RANGE OF MOTION OF NECK: (Measured in Degrees) Flexion: 40/60 pain, Extension: 55/75 pain, Left lateral flexion: 25/45 pain, Right lateral flexion: 35/45 pain, Left rotation: 50/80 pain, Right rotation: 40/80 pain/tenderness/tightness.
    LEFT CERVICAL TENSION: moderate .
    RIGHT CERVICAL TENSION: moderate .
    MYOFASCIAL TRIGGER POINTS: Left Upper Cervical, Right Upper Cervical, Left Mid Cervical, Right Mid Cervical, Left Trapezius, Right Trapezius .
    ORTHOPEDIC TESTS: Jackson left (+): nerve root compression / facet injury, Jackson right (+): nerve root compression / facet injury, Maximum Cervical Rotary Compression left (+): nerve root compression / facet injury, Maximum Cervical Rotary Compression right (+): nerve root compression / facet injury, Cervical Compression left (+): nerve root compression / facet injury, Cervical Compression right (+): nerve root compression / facet injury, Shoulder Depression left (+): ligamentous instability, Shoulder Depression right (+): ligamentous instability .
    PALPATION: Fixations noted at C2, C4, C7, Lt, Rt, Lt .
    SENSATION TESTING OF THE UPPER EXTREMITIES: normal light touch sensation to the upper extremity bilaterally.
    STRENGTH TESTING OF THE UPPER EXTREMITIES: 5/5 strength to the upper extremity bilaterally.
    RADICULOPATHY: , noted into the right arm to the hand with numbness and tingling.
Thoracic Spine/Upper Back:
    LEFT THORACIC MUSCLE TENSION: moderate.
    RIGHT THORACIC MUSCLE TENSION: moderate.
    PALPATION: Fixations noted at: T1, T4,T8 Lt, Rt, Lt.
    MYOFASCIAL TRIGGER POINTS: Left trapezius musculature, Right trapezius musculature, Left rhomboid musculature, Right rhomboid musculature .
Lumbar Spine/Lower back:
    RANGE OF MOTION: (Thoracolumbar Measured in Degrees) Flexion: 50/90 pain, Extension: 20/30 pain, Left lateral flexion: 15/30 pain, Right lateral flexion: 15/30 pain, Left rotation: 20/30 pain, Right rotation: 20/30 pain/tenderness/tightness.
    LEFT LUMBAR MUSCLE TENSION: moderate.
    RIGHT LUMBAR MUSCLE TENSION: moderate.
    PALPATION: Fixations noted at: L3, L5, Lt, Rt, bilateral sacroiliac joints.
    MYOFASCIAL TRIGGER POINTS left quadratus lumborum, right quadratus lumborum.
    ORTHOPEDIC TESTS: Nachlas left (+): upper lumbar nerve root , Ely's right (+): upper lumbar lesion , Patrick Faber left (+): coxa pathology / sacroiliac , Yeoman's right (+): sacroiliac lesion , Hibb's right (+): sacroiliac lesion , Kemp's left (+): facet / nerve lesion , Bechterew's left (+): disc lesion.
    STRENGTH TESTING OF THE LOWER EXTREMITIES: 4/5 strength through the lower extremities bilaterally.
    SENSATION TESTING OF THE LOWER EXTREMITIES: normal light touch sensation throughout the lower

Patient Name: Simmons, Nathaniel, DOB: ███ 1958, Account No.: 36239, MRN:

1/27/2021

SIMMONS, Nathaniel **DOB:** ███ 1958 (62 yo M) **Acc No.** 36239 **DOS:** 11/17/2020

extremities bilaterally.
RADICULOPATHY noted in right lower extremity , noted in left lower extremity , .

## Physical Examination
Daily Objective Findings:
   Therapy Visit
     Reason for visit: *The patient was seen today for conservative therapy.*

## Daily Assessment
GRADES OF SEVERITY/CLINICAL PRESENTATION
   I Minimal: : no limitation of motion; no ligamentous injury or neurological findings
   II Slight: : limitation of motion; no ligamentous injury or neurological findings
   III Moderate: : limitation of motion; some ligamentous injury; neurological findings may be present
   IV Moderate to Severe: : limitation of motion; ligamentous instability; neurological findings present; fracture or disc derangement
   V Severe: : requires surgical treatment
   Patient Injury : It appears the patient has a Grade II injury based upon early symptoms and objective testing but more information will be obtained as treatment progresses.
STAGES OF RECOVERY
   I Acute : inflammatory phase (up to 72 hours)
   II Subacute : repair stage (72 hours to 14 weeks)
   III Remodeling : (14 weeks to 12 months or more)
   IV Chronic : permanent
   Patient phase of healing : subacute

## Diagnosis
1. Cervical radiculopathy – M54.12 (Primary)
2. Thoracic facet syndrome – M46.94
3. Lumbar discopathy w/o myelopathy – M51.26
4. Muscle spasm – M62.838
5. Lumbar facet syndrome – M48.8X6
6. Cervical facet syndrome – M53.82
7. Lumbar radiculopathy – M54.16
8. Acute stress reaction – F43.0
9. Cervical discopathy w/o myelopathy (unspecified region) – M50.20
10. Thoracic sprain, initial encounter – S23.3XXA
11. Sprain of ligaments of cervical spine, initial encounter – S13.4XXA
12. Strain of thoracic region – S29.019A
13. Lumbar sprain – S33.5XXA
14. Cervical strain, initial encounter – S16.1XXA
15. Cervical Segmental Dysfunction – M99.01
16. Thoracic segment dysfunction – M99.02
17. Sprain of sacroiliac region, initial encounter – S33.6XXA
18. Back muscle spasm – M62.830
19. Lumbar strain – S39.012A
20. Cervical muscle spasm – M62.838
21. Lumbar segmental dysfunction – M99.03
22. Acute pain due to trauma – G89.11
23. Cervical muscle pain – M54.2
24. Segmental dysfunction of pelvic region – M99.05
25. Joint stiffness – M25.60
26. Muscle spasm of back – M62.830
27. Lumbar muscle pain – M79.18
28. Posture abnormality – R29.3
29. Motor vehicle accident – V89.2XXA
CAUSATION STATEMENT: Based on the patient's account, subjective findings, and my objective findings, the injuries diagnosed and treated herein are directly and causally attributed to the accident which occurred on 11/09/2020.

## Orders

Patient Name: Simmons, Nathaniel, DOB: ███ 1958, Account No.: 36239, MRN:

Patient Name: Simmons, Nathaniel, DOB: ████1958, Account No.: 36239, MRN:

1/27/2021

SIMMONS, Nathaniel **DOB:** ████1958 (62 yo M) **Acc No.** 36239 **DOS:** 11/17/2020

**1. Cervical radiculopathy**
    <u>Imaging: X ray : CS Spine (AP/OM/Lateral)</u>  Positive

**2. Thoracic facet syndrome**
    <u>Imaging: X ray : Thoracic spine 2 views</u>  Positive

**3. Lumbar discopathy w/o myelopathy**
    <u>Imaging: X ray : Lumbar Spine (A-P/Lateral)</u>  Positive

**4. Others**
Notes:
Phase one will consist of electrical stimulation, cold/heat, and manual therapy to provide relief care. (3 x's per week for 2 weeks) Phase two will consist of electrical stimulation, cold/heat, spinal manipulation/extra-spinal manipulation to provide pain relief and address fixations. (2 x's per week for 3 weeks) Phase three will consist of spinal manipulation/extra-spinal manipulation, full spine traction, and therapeutic exercise 1 to address fixations and for stretching and/or strengthening. (2 x's per week for 3 weeks) Phase four will consist of spinal manipulation/extra-spinal manipulation, full spine traction, and therapeutic exercise 2 to address fixations and for stretching and/or strengthening. (1 x's per week for 4 weeks)

**Treatment**
<u>Electrical Stimulation</u>:
    Spinal E-Stim
        Region:  *Left trapezius,Right trapezius,Left rhomboid,Right rhomboid*
        Duration:  *10 minutes*
<u>Heat Therapy</u>:
    Spinal Heat Therapy
        Region:  *Left trapezius,Right trapezius,Left rhomboids,Right rhomboids*
        Duration:  *10 minutes*

**Visit Codes**
99203 OfficeVisit, New Pt., Level 3 (with therapy/procedure). Modifiers: 25

**Procedure Codes**
97014 ELECTRIC STIMULATION THERAPY
72040 X-RAY OF CERVICAL SPINE AP/LAT/OM
72070 X-RAY OF THORACIC SPINE AP/LAT
72100 X-RAY OF LUMBAR SPINE AP/LAT

**Follow Up**
2 – 3 Days

**Electronically signed by Casey Accardo , DC on 11/20/2020 at 08:14 AM CST**
**Sign off status: Completed**
**Visit Status:  CHK (Check Out)**

Patient Name: Simmons, Nathaniel, DOB: ████1958, Account No.: 36239, MRN:

Patient Name: Simmons, Nathaniel, DOB: ███████1958, Account No.: 36239, MRN:

1/27/2021

SIMMONS, Nathaniel DOB: ███████1958 (62 yo M) **Acc No.** 36239 **DOS:** 12/02/2020



# LA Health Solutions

**MD initial**

**Patient:** Simmons, Nathaniel
**DOB:** ███████958 **Age:** 62 Y **Sex:** Male

**Provider:** UZOMA MOORE, MD
**Date:** 12/02/2020

## Reason for Appointment
1. The patient complains of neck pain
2. The patient complains of middle back pain
3. The patient complains of lower back pain

## History of Present Illness
COVID-19 Screening:
  COVID-19 Screening
    Have you traveled outside of the country in the last 14 days? *No travel outside of the country*
    Have you had contact with anyone confirmed with COVID-19 in the last 14 days? *No*
    Have you had any of the following symptoms in the last 14 days? *No Symptoms*
    Are you currently experiencing any of the below symptoms? *No Symptoms*
Mechanism of Injury:
  Motor Vehicle Collision: Patient was involved in a motor vehicle collision on 11/09/2020. The patient states that he was the restrained driver of the vehicle that had a trailer attached to the back. He was at a complete stop at a traffic light when he was rear-ended by the vehicle traveling directly behind him. He did not see the accident coming so he did not tense his body. Upon impact, he was facing forward with both hands on the steering wheel. He reports whiplashing forward and back into the seat then striking the back of his head on the head rest. The pain began immediately.
Accident Information:
  Injury/Treatment Information
    Date of injury: *11/09/2020*
    Parish where accident occurred: *St. John*
    The pain began *Immediately*
    Treatment: *Patient received treatment following the accident.*
    Facility: *River Parish Hospital*
    Treatment Received: *Evaluation, X-Rays, Medication*
    Diagnostic imaging was *performed.*
    Type of diagnostic imaging performed: *X-Rays Cervical Spine, Lumbar Spine*
    Previous injury to affected areas was *reported.*
    Previous injury date: *2018*
    Regions previously injured: *Cervical Region, Lumbar Region*
    Treatment received for previous injury: *Therapy*
    Prior to current injury, previous pain *remained*, patient reports pain returning periodically
Signs and Symptoms:
  Complaints
    Anxiety *Denies*
    Depression *Denies*
    Sleep Disruption *Denies*
    Headaches *Denies*
    Dizziness *Denies*
    Visual Disturbance *Denies*
    TMJ *Denies*
    Muscle Spasm *Denies*
    Pain *Present*

Patient Name: Simmons, Nathaniel, DOB: ████1958, Account No.: 36239, MRN:

1/27/2021

SIMMONS, Nathaniel DOB: ████1958 (62 yo M) Acc No. 36239 DOS: 12/02/2020

Joint Stiffness  *Denies*
Radiating Pain  *Denies*
Symptoms:
    Symptoms
      Neck Injuries:  *Neck pain*
      Mid BackPain/Upper Back Pain:  *Upper/Mid back pain*
      Low Back Pain:  *Low back pain*
Self Care:
    Self-Care
      Types of self-care patient has attempted at home  *Over the Counter Medications, Heat, Topical Cream*
      Frequency  *PRN*
Rivermead Post-Concussion Symptoms :
    Concussion Symptoms
      Headaches  *0 = Not experienced at all*
      Feelings of dizziness  *0 = Not experienced at all*
      Nausea and/or vomiting  *0 = Not experienced at all*
      Noise sensitivity, or easily upset by loud noise  *0 = Not experienced at all*
      Sleep Disturbance  *0 = Not experienced at all*
      Fatigue/tiring more easily  *0 = Not experienced at all*
      Being irritable or easily angered  *0 = Not experienced at all*
      Feeling depressed or tearful  *0 = Not experienced at all*
      Feeling frustrated or impatient  *0 = Not experienced at all*
      Forgetfulness or poor memory  *0 = Not experienced at all*
      Poor concentration  *0 = Not experienced at all*
      Taking longer to think  *0 = Not experienced at all*
      Blurred vision  *0 = Not experienced at all*
      Light sensitivity, or easily upset/irritated by bright light  *0 = Not experienced at all*
      Double vision  *0 = Not experienced at all*
      Restlessness  *0 = Not experienced at all*
      RPQ-3 Score (total for first three items)  *0*
      RPQ-13 Score (total for next 13 items)  *0*

**Past Medical History**
Hypertension-medication name unknown.

**Surgical History**
Hernia Repair 2017

**Social History**
*Social History:
    Marital Status: Married.
    Cigarettes, packs per day: 5 cigarettes per day.
    Dip, Chewing Tobacco, Electronic Cigarettes: No.
    Alcohol Use: Never.
    Recreational Drugs (within the last 12 months): No.
    Employment Status: Unemployed.
    Disabled? If so, Why?: Yes , hearing impaired.

**Hospitalization/Major Diagnostic Procedure**
Hernia Repair 2017

**Review of Systems**
*ROS:
    Frequent fever Denies. Weight loss Denies. Blurred vision Denies. Trouble swallowing Denies. Chest
pains Denies. Palpitations Denies. Shortness of breath Denies. Chronic cough Denies. Nausea Denies.
Vomiting Denies. Rash Denies. Headache Denies. Dizziness Denies. Anxiety Denies. Depression Denies.
Excessive thirst Denies. Easy bleeding Denies. Easy Bruising Denies. Problems with vision Denies. Problems with
urination Denies. Problems with bowel habits Denies.

**Vital Signs**
Temp 97.9 F, HR 82 /min, BP 151/93 mm Hg, Wt 214 lbs, BMI 33.51, Ht 67 in, Ht-cm 170.18, Wt-kg 97.07.

Patient Name: Simmons, Nathaniel, DOB: ████1958, Account No.: 36239, MRN:

1/27/2021

SIMMONS, Nathaniel **DOB:** ████1958 (62 yo M) **Acc No.** 36239 **DOS:** 12/02/2020

**Examination**
Cervical:
    Range of Motion
        Flexion (Normal 60)  *50*
        Extension (Normal 75)  *60 stiffness and discomfort noted*
        Lateral (Normal 45)  *35*
        Rotation (Normal 80)  *50*

    Palpable Findings
        Tenderness:  *+3*
        Muscle Spasms  *moderate left trapezius area, right trapezius area*

    Radiculopathy
        Radiculopathy noted to  *both arms*
Thoracic Spine:
    Palpable Findings
        Tenderness:  *+2*
        Muscle Spasms  *moderate*
Lumbar Spine:
    Range of Motion
        Flexion (Normal 90)  *70*
        Extension (Normal 30)  *20 stiffness, with noted discomfort*
        Lateral Tilt (Normal 30)  *15*
        Lateral Rotation (Normal 30)  *25*

    Palpable Findings
        Tenderness:  *+3*
        Muscle Spasm:  *moderate*

    Radiculopathy
        Radiculopathy noted into  *both legs*
Other Findings::
    Gait:
        *Normal*
    Bruises/Contusions:
        *No*
    Lacerations:
        *No*
    Swelling/Edema:
        *No*
    Work Status:
        *N/A*
    Prognosis: Fair .
    :
    General: No acute distress
    HEENT: normal cephalic, atraumatic
    Neck: as above
    CV: distal pulses - regular, 2/2 X 4 limbs
    Lungs: no labored breathing
    Neuro: mild decreased sensation
    Musculoskeletal: positive straight leg raises, strength 4/5, bilaterally.

**Diagnosis**
1. Cervical radiculopathy – M54.12 (Primary)
2. Thoracic facet syndrome – M46.94
3. Muscle spasm – M62.838
4. Lumbar facet syndrome – M48.8X6
5. Cervical facet syndrome – M53.82
6. Lumbar radiculopathy – M54.16
7. Thoracic sprain, initial encounter – S23.3XXA
8. Sprain of ligaments of cervical spine, initial encounter – S13.4XXA

Patient Name: Simmons, Nathaniel, DOB: ████1958, Account No.: 36239, MRN:

Patient Name: Simmons, Nathaniel, DOB: ███1958, Account No.: 36239, MRN:

1/27/2021

SIMMONS, Nathaniel DOB: ███1958 (62 yo M) **Acc No.** 36239 **DOS:** 12/02/2020

9. Strain of thoracic region – S29.019A
10. Lumbar sprain – S33.5XXA
11. Cervical strain, initial encounter – S16.1XXA
12. Cervical Segmental Dysfunction – M99.01
13. Thoracic segment dysfunction – M99.02
14. Sprain of sacroiliac region, initial encounter – S33.6XXA
15. Back muscle spasm – M62.830
16. Lumbar strain – S39.012A
17. Cervical muscle spasm – M62.838
18. Lumbar segmental dysfunction – M99.03
19. Acute pain due to trauma – G89.11
20. Cervical muscle pain – M54.2
21. Segmental dysfunction of pelvic region – M99.05
22. Joint stiffness – M25.60
23. Muscle spasm of back – M62.830
24. Lumbar muscle pain – M79.18
25. Posture abnormality – R29.3
26. Motor vehicle accident – V89.2XXA

**Orders**
**1. Muscle spasm**
Start Chlorzoxazone Tablet, 500 MG, 1 tablet as needed, Orally, QPM PRN, after shift. Do not drink, drive, or operate heavy machinery while taking this medication, 30 days, 30 Tablet, Refills 0
Notes: Patient verbalized understanding not to drive, or operate heavy machinery while taking this medication..

**2. Lumbar radiculopathy**
Start Gabapentin Capsule, 100 MG, 1-2 capsules, Orally, QPM PRN, for nerve pain/numbness, or tingling, 30 day(s), 60, Refills 0
Notes: Patient verbalized understanding not to drive, or operate heavy machinery while taking this medication.

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Follow Up**
4 Weeks

**Electronically signed by UZOMA MOORE , M.D. on 12/14/2020 at 04:37 PM CST**
**Sign off status: Completed**
**Visit Status:  CHK (Check Out)**

---

**Provider:  UZOMA MOORE, MD**                                    Date: 12/02/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

*1*

Patient Name: Simmons, Nathaniel, DOB: ███1958, Account No.: 36239, MRN:

Patient Name: Simmons, Nathaniel, DOB: ████1958, Account No.: 36239, MRN:

1/27/2021

SIMMONS, Nathaniel **DOB:** ████1958 (62 yo M) **Acc No.** 36239 **DOS:** 12/21/2020



# LA Health Solutions

**Daily chiro visit**

**Patient:** Simmons, Nathaniel                                                          **Provider:** Casey Accardo, DC
**DOB:** ████1958 **Age:** 62 Y **Sex:** Male                                             **Date:** 12/21/2020

## History of Present Illness
COVID-19 Screening:
    COVID-19 Screening
        Have you traveled outside of the country in the last 14 days? *No travel outside of the country*
        Have you had contact with anyone confirmed with COVID-19 in the last 14 days? *No*
        Have you had any of the following symptoms in the last 14 days? *No Symptoms*
        Are you currently experiencing any of the below symptoms? *No Symptoms*
Patient Subjective:
    Pain:
        Region:  *Neck,Upper back,Low back,Left Hip,Left wrist,Right hand,Chest*
        Level of pain-NECK  *7-8-Severe*
        Radiates to  *both arms*
        Level of pain-UPPER BACK  *9-Crying*
        Level of pain-LOW BACK  *3-4-Tolerable*
        Radiates to  *both legs*
        Level of pain-LEFT HIP  *9-Crying*
        Level of pain-LEFT WRIST  *7-8-Severe*
        Level of pain-RIGHT HAND  *9-Crying*
        Level of pain-CHEST  *7-8-Severe*
        Status Compared to Last Visit  *Worse*

## Physical Examination
Daily Objective Findings:
    Therapy Visit
        Reason for visit:  *The patient was seen today for conservative therapy.*
    Patient is not responding well to conservative treatment. He is unable to perform all recommended therapy
modalities because of pain in his neck and low back. Patient complains of radiating pain in both arms and legs. MRI is
indicated to rule out additional pathology.

## Diagnosis
1. Cervical radiculopathy – M54.12 (Primary)
2. Thoracic facet syndrome – M46.94
3. Lumbar discopathy w/o myelopathy – M51.26
4. Muscle spasm – M62.838
5. Lumbar facet syndrome – M48.8X6
6. Cervical facet syndrome – M53.82
7. Lumbar radiculopathy – M54.16
8. Acute stress reaction – F43.0
9. Cervical discopathy w/o myelopathy (unspecified region) – M50.20
10. Thoracic sprain, initial encounter – S23.3XXA
11. Sprain of ligaments of cervical spine, initial encounter – S13.4XXA
12. Strain of thoracic region – S29.019A
13. Lumbar sprain – S33.5XXA

Patient Name: Simmons, Nathaniel, DOB: ████/1958, Account No.: 36239, MRN:

Patient Name: Simmons, Nathaniel, DOB: ████1958, Account No.: 36239, MRN:

1/27/2021

SIMMONS, Nathaniel **DOB:** ████1958 (62 yo M) **Acc No.** 36239 **DOS:** 12/21/2020

14. Cervical strain, initial encounter – S16.1XXA
15. Cervical Segmental Dysfunction – M99.01
16. Thoracic segment dysfunction – M99.02
17. Sprain of sacroiliac region, initial encounter – S33.6XXA
18. Back muscle spasm – M62.830
19. Lumbar strain – S39.012A
20. Cervical muscle spasm – M62.838
21. Lumbar segmental dysfunction – M99.03
22. Acute pain due to trauma – G89.11
23. Cervical muscle pain – M54.2
24. Segmental dysfunction of pelvic region – M99.05
25. Joint stiffness – M25.60
26. Muscle spasm of back – M62.830
27. Lumbar muscle pain – M79.18
28. Posture abnormality – R29.3
29. Motor vehicle accident – V89.2XXA

**Orders**
**1. Cervical radiculopathy**
   Imaging: MRI : Cervical without Contrast

**2. Lumbar discopathy w/o myelopathy**
   Imaging: MRI : Lumbar without contrast

**3. Others**
Notes:
Phase one will consist of electrical stimulation, cold/heat, and manual therapy to provide relief care. (3 x's per week for 2 weeks)
Phase two will consist of electrical stimulation, cold/heat, spinal manipulation/extra-spinal manipulation to provide pain relief and address fixations. (2 x's per week for 3 weeks) Phase three will consist of spinal manipulation/extra-spinal manipulation, full spine traction, and therapeutic exercise 1 to address fixations and for stretching and/or strengthening. (2 x's per week for 3 weeks) Phase four will consist of spinal manipulation/extra-spinal manipulation, full spine traction, and therapeutic exercise 2 to address fixations and for stretching and/or strengthening. (1 x's per week for 4 weeks)

**Treatment**
Electrical Stimulation:
   Spinal E-Stim
      Region:  *Left quadratus lumborum,Right quadratus lumborum,Left trapezius,Right trapezius*
      Duration:  *10 minutes*
Heat Therapy:
   Spinal Heat Therapy
      Region:  *Left quadratus lumborum,Right quadratus lumborum,Left trapezius,Right trapezius*
      Duration:  *10 minutes*
Intersegmental Traction:
   Full Spine
      Level:  *1*
      Duration:  *10 minutes*

**Procedure Codes**
97012 MECHANICAL TRACTION
97014 ELECTRIC STIMULATION THERAPY

**Follow Up**
2 – 3 Days

Patient Name: Simmons, Nathaniel, DOB: ████1958, Account No.: 36239, MRN:

Patient Name: Simmons, Nathaniel, DOB: ▮1958, Account No.: 36239, MRN:

1/27/2021

SIMMONS, Nathaniel **DOB:** ▮1958 (62 yo M) **Acc No.** 36239 **DOS:** 12/21/2020

**Electronically signed by Casey Accardo , DC on 12/23/2020 at 10:32 AM CST**

**Sign off status: Completed**

**Visit Status:  CHK (Check Out)**

**Provider:  Casey Accardo, DC**                                                    **Date: 12/21/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Patient Name: Simmons, Nathaniel, DOB: ████1958, Account No.: 36239, MRN: |Doc Name:2020.12.21 Exam, MRI

*Order Form*

**LAHS-LaPlace**
⚲ 1524 W AIRLINE HWY,
  LAPLACE, LA, 70068-3725
☎ 985-233-2600  🖷 985-359-5247

Req/Ctrl# (CD-): 732722
**Casey Accardo, DC**
NPI: 1366764953
Chiropractor

**Simmons, Nathaniel,  Male,  ████1958**   ID: 36239
☎ 504-339-6299  ⚲ 101 ORMOND BLVD, LAPLACE, LA 70068-3703

Today: 12/28/2020  01:32 PM
Order Date: 12/21/2020  09:00 AM

**Primary Insurance Name:** Kathryn Weekley Becnel
**Insurance Address:** 425 W AIRLINE HWY STE B , LAPLACE  , LA , 70068-3818
**Subscriber Number:** MVA 2020.11.09
**Insured Name:** Simmons, Nathaniel
**Address:** 101 ORMOND BLVD, LAPLACE, LA 70068-3703

| Diagnostic Name | Assessment(s) | Instructions |
|---|---|---|
| **MRI : Cervical without Contrast**<br>Notes: 1.5 Tesla magent or greater | - M54.12,  Cervical radiculopathy | |

**Electronically Signed By: Casey Accardo, DC**

**Signature of Patient/Guardian**

Order generated by eClinicalWorks (www.eclinicalworks.com)

Simmons, Nathaniel, ████1958

Patient Name: Simmons, Nathaniel, DOB: ███1958, Account No.: 36239, MRN: |Doc Name:2020.12.21 Exam, MRI O

## *Order Form*

**LAHS-LaPlace**
📍 1524 W AIRLINE HWY,
   LAPLACE, LA, 70068-3725
📞 985-233-2600   📠 985-359-5247

Req/Ctrl# (CD-): 732722
**Casey Accardo, DC**
NPI: 1366764953
Chiropractor

**Simmons, Nathaniel, Male, ███1958   ID: 36239**
📞 504-339-6299   📍 101 ORMOND BLVD, LAPLACE, LA 70068-3703

**Today: 12/28/2020 01:31 PM**
**Order Date: 12/21/2020 09:00 AM**

Primary Insurance Name: Kathryn Weekley Becnel
Insurance Address: 425 W AIRLINE HWY STE B , LAPLACE , LA , 70068-3818
Subscriber Number: MVA 2020.11.09
Insured Name: Simmons, Nathaniel
Address: 101 ORMOND BLVD, LAPLACE, LA 70068-3703

| Diagnostic Name | Assessment(s) | Instructions |
|---|---|---|
| **MRI : Lumbar without contrast** <br> Notes: 1.5 Tesla magnet or greater | - M51.26,  Lumbar discopathy w/o myelopathy | |

**Electronically Signed By: Casey Accardo, DC**

**Signature of Patient/Guardian**

Order generated by eClinicalWorks (www.eclinicalworks.com)

Simmons, Nathaniel, ███1958

*I*

Patient Name: Simmons, Nathaniel, DOB: ███1958, Account No.: 36239, MRN: |Doc Name:2020.12.21 Exam, MRI O

SIMMONS, Nathaniel **DOB:** ▮▮▮/1958 (62 yo M) **Acc No.** 36239 **DOS:** 04/12/2021



## LA Health Solutions

**RexamChiro**

**Patient:** Simmons, Nathaniel
**DOB:** ▮▮▮1958 **Age:** 62 Y **Sex:** Male

**Provider:** Casey Accardo, DC
**Date:** 04/12/2021

### History of Present Illness
COVID-19 Screening:
    COVID-19 Screening
      Have you traveled outside of the country in the last 14 days? *No travel outside of the country*
      Have you had contact with anyone confirmed with COVID-19 in the last 14 days? *No*
      Have you had any of the following symptoms in the last 14 days? *No Symptoms*
      Are you currently experiencing any of the below symptoms? *No Symptoms*
Patient Subjective:
    Pain (Dolor):
      Region: *Left trap (Trapecio izquierda),Right trap (Trapecio Derecha),Low back (Espalda Baja)*
      Level of pain-LOW BACK (nivel de dolor en la espalda baja) *5-6-Moderate*
      Radiates to (Irradia a): *does not radiate*
      Level of pain-RIGHT TRAP (nivel de dolor en el trapecio derecho) *5-6-Moderate*
      Level of pain-LEFT TRAP (nivel de dolor en el trapecio izquierdo) *5-6-Moderate*
      Status Compared to Last Visit (cualquier cambio desde la ultima visita) : *Same (mismo)*

### Current Medications
Taking
- Gabapentin 100 MG Capsule 1-2 capsules Orally QPM PRN, for nerve pain/numbness, or tingling
- Chlorzoxazone 500 MG Tablet 1 tablet as needed Orally QPM PRN, after shift. Do not drink, drive, or operate heavy machinery while taking this medication

### Examination
Neurological:
    CORTICAL FUNCTIONS: alert and oriented X 3, comprehension and language intact, speech fluent
***Patient is hard of hearing but does wear hearing aid. His wife is here as well to help with questions***.
Cervical Spine/Neck:
    RANGE OF MOTION OF NECK: (Measured in Degrees) Flexion: 45/60 pain, Extension: 60/75 pain, Left lateral flexion: 35/45 pain, Right lateral flexion: 35/45 pain, Left rotation: 60/80 pain, Right rotation: 65/80 pain/tenderness/tightness.
    LEFT CERVICAL TENSION: moderate .
    RIGHT CERVICAL TENSION: moderate .
    MYOFASCIAL TRIGGER POINTS:  Left Upper Cervical, Right Upper Cervical, Left Mid Cervical, Right Mid Cervical, Left Trapezius, Right Trapezius .
    ORTHOPEDIC TESTS: pain noted in the neck , into right trapezius muscle/shoulder , into left trapezius muscle/shoulder , Jackson left (+): nerve root compression , Maximum Cervical Rotary Compression right (+): Nerve root compression , Shoulder Depression left (+): nerve root compression/sprain/strain , Shoulder Depression right (+): nerve root compression/sprain/strain.
    PALPATION:  Fixations noted at C2, C4, C7, Lt, Lt, Rt .
    SENSATION TESTING OF THE UPPER EXTREMITIES:  normal light touch sensation to the upper extremity bilaterally.
    STRENGTH TESTING OF THE UPPER EXTREMITIES:  5/5 strength to the upper extremity bilaterally.
    RADICULOPATHY: noted into the right arm to the hand with numbness and tingling. No weakness at this time. Awaiting MRI to rule out additional pathology. Same since last exam.

SIMMONS, Nathaniel **DOB:** ████ 1958 (62 yo M) **Acc No.** 36239 **DOS:** 04/12/2021

Thoracic Spine/Upper Back:
   LEFT THORACIC MUSCLE TENSION: moderate.
   RIGHT THORACIC MUSCLE TENSION: moderate.
   PALPATION: Fixations noted at: T1, T6,T9 Rt, Lt, Lt.
   MYOFASCIAL TRIGGER POINTS: Left trapezius musculature, Right trapezius musculature, Left rhomboid musculature, Right rhomboid musculature .
Lumbar Spine/Lower back:
   RANGE OF MOTION: (Thoracolumbar Measured in Degrees) Flexion: 70/90 pain, Extension: 25/30 pain, Left lateral flexion: 25/30 pain, Right lateral flexion: 20/30 pain, Left rotation: 25/30 , Right rotation: 25/30 tenderness/tightness.
   LEFT LUMBAR MUSCLE TENSION: moderate.
   RIGHT LUMBAR MUSCLE TENSION: moderate.
   PALPATION: Fixations noted at: L2, L4, Lt, Rt bilateral sacroiliac joints.
   MYOFASCIAL TRIGGER POINTS left quadratus lumborum, right quadratus lumborum.
   ORTHOPEDIC TESTS: Nachlas left (+): upper lumbar nerve root , Ely's right (+): upper lumbar lesion , Patrick Faber left (+): coxa pathology / sacroiliac , Yeoman's right (+): sacroiliac lesion , Hibb's right (+): sacroiliac lesion , Kemp's left (+): facet / nerve lesion , Bechterew's left (+): disc lesion.
   STRENGTH TESTING OF THE LOWER EXTREMITIES: 4/5 strength through the lower extremities bilaterally.
   SENSATION TESTING OF THE LOWER EXTREMITIES:  normal light touch sensation throughout the lower extremities bilaterally.
   RADICULOPATHY noted in right lower extremity , noted in left lower extremity , awaiting MRI to rule out additional pathology. Same since last exam.

**Diagnosis**
1. Cervical radiculopathy - M54.12 (Primary)
2. Thoracic facet syndrome - M46.94
3. Lumbar discopathy w/o myelopathy - M51.26
4. Muscle spasm - M62.838
5. Lumbar facet syndrome - M48.8X6
6. Cervical facet syndrome - M53.82
7. Lumbar radiculopathy - M54.16
8. Acute stress reaction - F43.0
9. Cervical discopathy w/o myelopathy (unspecified region) - M50.20
10. Thoracic sprain, initial encounter - S23.3XXA
11. Sprain of ligaments of cervical spine, initial encounter - S13.4XXA
12. Strain of thoracic region - S29.019A
13. Lumbar sprain - S33.5XXA
14. Cervical strain, initial encounter - S16.1XXA
15. Cervical Segmental Dysfunction - M99.01
16. Thoracic segment dysfunction - M99.02
17. Sprain of sacroiliac region, initial encounter - S33.6XXA
18. Back muscle spasm - M62.830
19. Lumbar strain - S39.012A
20. Cervical muscle spasm - M62.838
21. Lumbar segmental dysfunction - M99.03
22. Acute pain due to trauma - G89.11
23. Cervical muscle pain - M54.2
24. Segmental dysfunction of pelvic region - M99.05
25. Joint stiffness - M25.60
26. Muscle spasm of back - M62.830
27. Lumbar muscle pain - M79.18
28. Posture abnormality - R29.3
29. Motor vehicle accident - V89.2XXA

**Orders**
**1. Cervical radiculopathy**
   Imaging: MRI : Cervical without Contrast

**2. Lumbar radiculopathy**
   Imaging: MRI : Lumbar without contrast

**Treatment**
Electrical Stimulation:

SIMMONS, Nathaniel **DOB:** ███1958 (62 yo M)  **Acc No.** 36239 **DOS:** 04/12/2021

Spinal E-Stim
   Region: *Left trapezius,Right trapezius,Left quadratus lumborum,Right quadratus lumborum*
   Duration: *10 minutes*
Heat Therapy:
  Spinal Heat Therapy
   Region: *Left trapezius,Right trapezius,Left quadratus lumborum,Right quadratus lumborum*
   Duration: *10 minutes*
Intersegmental Traction:
  Full Spine
   Level: *1*
   Duration: *10 minutes*
Did Not Perform:
  Exercises  due to pain.

**Visit Codes**
99213 Office Visit, Est. Pt., Level 3 (with therapy/procedure). Modifiers: 25

**Procedure Codes**
97012 MECHANICAL TRACTION
97014 ELECTRIC STIMULATION THERAPY

**Follow Up**
2 - 3 Days

**Electronically signed by Casey Accardo , DC on 04/13/2021 at 11:14 AM CDT**

**Sign off status: Completed**

**Visit Status:  CHK (Check Out)**

**Provider:  Casey Accardo, DC**

*Date:* **04/12/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

 **River Bend Imaging**

| | |
|---|---|
| **Patient Name:** | NATHANIEL SIMMONS III |
| **Ref. Physician:** | CASEY ACCARDO |
| Patient ID: RBI4885 | Home Phone: (504) 339-6299 |
| Date of Birth: ▮▮▮▮1958 | Page 1 of 2 |
| Date of Service: 04/29/2021 | |

STUDY
Cervical spine MRI

CLINICAL INDICATION
Injury 11/09/2020.  Pain.

COMPARISON
07/29/2019

PROCEDURE DETAILS
Multiplanar noncontrast imaging of the cervical spine was completed.

FINDINGS
Despite repeating sequences, the axial images are significantly degraded by involuntary patient motion.  A repeat exam following oral sedation may be performed if clinically indicated.

Midline sagittal images demonstrate no evidence of acute compression fracture.  There is straightening of the cervical lordosis.  There is no spondylolisthesis identified.

The disc spaces are partially desiccated at multiple segments with mild C3-C4 disc space narrowing noted.

No cerebellar tonsil ectopia has developed.  The spinal cord is grossly normal in caliber and signal.  The prevertebral soft tissues are focally unremarkable.

Axial images were completed demonstrating the following:

C2-C3:  The spinal canal and right foramen are patent.  Facet hypertrophy produces moderate left foraminal narrowing.  There is no disc bulge or herniation.  The disc is desiccated.

C3-C4:  A broad-based posterior central disc herniation is identified.  The herniated disc protrudes 2.2 mm posterior to the inferior C3 endplate (sagittal series 103, image 6).  The herniated disc extends into the epidural fat flattening the cord contour.  The midline AP diameter of the canal is narrowed measuring 8.1 mm.  On axial imaging, there is bilateral

**Patient Name:** NATHANIEL SIMMONS III
**Date of Service:** 04/29/2021

facet and uncinate joint hypertrophy with moderate bilateral foraminal narrowing. The disc is partially desiccated.

C4-C5: A posterior broad-based right paracentral 2.5 mm disc herniation is identified (sagittal series 103, image 7). There is flattening of the cord contour across the right paracentral zone, the midline AP diameter of the canal is narrowed measuring 7.6 mm. This does reflect a change from the prior study.

C5-C6: Spondylosis and low grade bulging of the disc is evident. There is no measurable herniation on sagittal imaging. The midline AP diameter of the canal measures 8.5 mm. Assessment of the neural foramina is limited due to the degree of motion artifact.

C6-C7: The spinal canal and neural foramen are patent. No disc bulge or herniation is identified. The disc is hydrated without loss of height.

C7-T1: The spinal canal and neural foramen are patent. No disc bulge or herniation is identified. The disc is hydrated without loss of height.

IMPRESSION
C3-C4 broad-based posterior central 2.2 mm disc herniation identified. The AP diameter of the canal is narrowed measuring 8.1 mm. Facet and uncinate joint hypertrophy produces moderate bilateral foraminal narrowing. These findings are similar to prior study.

C4-C5 broad-based right paracentral 2.5 mm disc herniation identified. The depth of the disc herniation has increased, there is no mass effect upon the cord not seen previously. The AP diameter of the canal is narrowed measuring 7.6 mm.

C5-C6 spondylosis and annular bulging. The AP diameter of the canal is narrowed measuring 8.5 mm.

A repeat exam following oral sedation may be performed if clinically indicated.

Signature
Electronically Signed: Burns, Rodney, M.D. on 04-29-2021, 03:45 PM

Administration: 4241 Veterans Memorial Boulevard, Suite 200 • Metairie LA 70006 P 504 888 7931 F 504 888 5577
Locations: Metairie • Marrero • Slidell • Covington

2

3T ULTRA HIGH FIELD MRI • 1.5T HIGH FIELD MRI • 1.2T HIGH FIELD OPEN MRI • CT • PET-CT • NUCLEAR MEDICINE • DIGITAL FLUOROSCOPY • IMAGE MERGE
PROSTATE 3T MRI • NEUROQUANT MRI • MR ENTEROGRAPHY • DEXA • 3D MAMMOGRAPHY • MAMMOGRAPHY • ULTRASOUND • BREAST MRI • BREAST BIOPSY

 **RIVER BEND IMAGING**

**River Bend Imaging**

**Patient Name:** NATHANIEL SIMMONS III
**Ref. Physician:** CASEY ACCARDO
Patient ID: RBI4885          Home Phone: (504) 339-6299
Date of Birth: ████1958     Page 1 of 2
Date of Service: 04/29/2021

**STUDY**
Lumbar spine MRI

**CLINICAL INDICATION**
Previous injury 11/09/2020.  Pain.

**COMPARISON**
07/29/2019

**PROCEDURE DETAILS**
Multiplanar noncontrast imaging of the lumbar spine was completed.

**FINDINGS**
Sagittal images demonstrate no evidence of acute or interval vertebral body compression fracture.  The vertebral body heights are maintained.  The disc spaces are partially hydrated and are preserved in height at all segments.

No conus medullaris mass is identified.  The spinal cord terminates at the L1-L2 level.  The lumbar paraspinal soft tissues are focally unremarkable.  4 mm T2 hypointensity at the upper pole lateral cortex right kidney noted, this could be assessed sonographically.

Axial images were completed demonstrating the following:

T12-L1: The spinal canal and neural foramen are patent.  No disc bulge or herniation is identified.  The disc is hydrated without loss of height.

L1-L2: The spinal canal and neural foramen are patent.  No disc bulge or herniation is identified.  The disc is hydrated without loss of height.

L2-L3:  Minimal, less than 2 mm depth annular bulging and a stable, posterior midline annular fissure are present.  The spinal canal is patent.  No interval disc herniation has developed.  The neural foramen are patent.  The disc is partially hydrated.

L3-L4:  A concentric disc bulge is redemonstrated.  Combined with facet hypertrophy, there is mild left greater than right foraminal narrowing.  Small facet effusions are present.  No interval disc herniation or canal stenosis has developed.

**Patient Name:** NATHANIEL SIMMONS III
**Date of Service:** 04/29/2021

L4-L5: A broad-based left foraminal disc herniation is redemonstrated. The herniated disc protrudes 2.3 mm posterior to the L5 endplate. There is moderate left foraminal narrowing with contact of the exiting L4 nerve root laterally. Facet hypertrophy is contributory to narrowing of the foramen. There is no canal stenosis. The right foramen is patent. A small right facet effusion is present.

L5-S1: Peripheral bulging of the disc and bilateral facet hypertrophy are evident. There is moderate right greater than left foraminal narrowing. Right larger than left facet joint effusions are present. No interval disc herniation or canal stenosis has developed.

IMPRESSION
L4-L5 broad-based left foraminal 2.3-mm disc herniation is redemonstrated producing moderate foraminal narrowing. There is contact of the exiting L4 nerve root. Facet hypertrophy is evident. There is a small right facet effusion.

Stable annular bulging is present at L2-L3 with a midline annular fissure.

Stable annular bulging is demonstrated at L3-L4 with facet hypertrophy producing mild left greater than right foraminal narrowing. There is small facet effusions.

L5-S1 disc bulge and facet hypertrophy are present producing moderate right greater than left foraminal narrowing. Right larger than left facet effusions are noted. These findings are also very similar to prior study.

Signature
Electronically Signed: Burns, Rodney, M.D. on 04-29-2021, 03:38 PM

Administration 4241 Veterans Memorial Boulevard, Suite 205 ● Metairie LA 70006 P 504 888-7931 F 504 888-3577
Locations: Metairie ● Marrero ● Slidell ● Covington                                                            2

3T ULTRA HIGH FIELD MRI ● 1.5T HIGH FIELD MRI ● 1.2T HIGH FIELD OPEN MRI ● CT ● PET/CT ● NUCLEAR MEDICINE ● DIGITAL FLUOROSCOPY ● IMAGE MERGE
PROSTATE STARS ● NEUROQUANT MRI ● MR ENTEROGRAPHY ● DEXA ● 3D MAMMOGRAPHY ● MAMMOGRAPHY ● ULTRASOUND ● BREAST MRI ● BREAST BIOPSY

MMONS, Nathaniel DOB: ▮▮▮▮ 1958 (62 yo M) Acc No. 36239|Doc Name:2021.04.29_MRI Lumbar Spine_Simmons

| STATEMENT |
| --- |
| **Send Payment** |

Account Number: ~~~~~~~~~~

Statement Date: 07/15/2021
NATHANIEL SIMMONS III
Date of Birth: ▮▮▮▮1958

| CREDIT CARD PAYMENT OPTION |
| --- |
| CARD TYPE: ☐ VISA ☐ ⬤ Amount: |
| Card Number: |
| EXPIRE: VIN#: |
| Signature: |

**ADDRESSEE:**

DANIEL E. BECNEL, III          425
W. AIRLINE HWY SUITE B
LAPLACE, LA 70068

**PLEASE MAKE CHECKS PAYABLE TO:**

RIVER BEND IMAGING
PO BOX 1539
WALKER, LA 70785

(225) 243-4109

| SERVICE DATE | CODE | PROCEDURE | TOTAL |
| --- | --- | --- | --- |
| 4/29/2021 | MRI | 72141  CERVICAL SPINE W/O | 2,000.00 |
| 4/29/2021 | MRI | 72148  LUMBAR SPINE W/O CONT | 2,000.00 |

Balance Due: 1,150.00

Thank you for your business.



SIMMONS, Nathaniel **DOB:** ████1958 (62 yo M) **Acc No.** 36239 **DOS:** 06/15/2021



# LA Health Solutions

**Daily chiro visit**

| | |
|---|---|
| **Patient:** Simmons, Nathaniel | **Provider:** Casey Accardo, DC |
| **DOB:** ████1958 **Age:** 62 Y **Sex:** Male | **Date:** 06/15/2021 |

## History of Present Illness
COVID-19 Screening:
    COVID-19 Screening
        Have you traveled outside of the country in the last 14 days? *No travel outside of the country*
        Have you had contact with anyone confirmed with COVID-19 in the last 14 days? *No*
        Have you had any of the following symptoms in the last 14 days? *No Symptoms*
        Are you currently experiencing any of the below symptoms? *No Symptoms*
Patient Subjective:
    Pain (Dolor):
        Region: *Left trap (Trapecio izquierda),Right trap (Trapecio Derecha),Low back (Espalda Baja)*
        Level of pain-LOW BACK (nivel de dolor en la espalda baja) *5-6-Moderate*
        Radiates to (Irradia a): *does not radiate*
        Level of pain-RIGHT TRAP (nivel de dolor en el trapecio derecho) *5-6-Moderate*
        Level of pain-LEFT TRAP (nivel de dolor en el trapecio izquierdo) *5-6-Moderate*
        Status Compared to Last Visit (cualquier cambio desde la ultima visita) : *Same (mismo)*

## Physical Examination
Daily Objective Findings:
    Therapy Visit
        Reason for visit: *The patient was scheduled and seen today for conservative therapy.*

## Diagnosis
1. Cervical radiculopathy - M54.12 (Primary)
2. Thoracic facet syndrome - M46.94
3. Lumbar discopathy w/o myelopathy - M51.26
4. Muscle spasm - M62.838
5. Lumbar facet syndrome - M48.8X6
6. Cervical facet syndrome - M53.82
7. Lumbar radiculopathy - M54.16
8. Acute stress reaction - F43.0
9. Cervical discopathy w/o myelopathy (unspecified region) - M50.20
10. Thoracic sprain, initial encounter - S23.3XXA
11. Sprain of ligaments of cervical spine, initial encounter - S13.4XXA
12. Strain of thoracic region - S29.019A
13. Lumbar sprain - S33.5XXA
14. Cervical strain, initial encounter - S16.1XXA
15. Cervical Segmental Dysfunction - M99.01
16. Thoracic segment dysfunction - M99.02
17. Sprain of sacroiliac region, initial encounter - S33.6XXA
18. Back muscle spasm - M62.830
19. Lumbar strain - S39.012A
20. Cervical muscle spasm - M62.838
21. Lumbar segmental dysfunction - M99.03

SIMMONS, Nathaniel **DOB:** ████1958 (62 yo M) **Acc No.** 36239 **DOS:** 06/15/2021

22. Acute pain due to trauma - G89.11
23. Cervical muscle pain - M54.2
24. Segmental dysfunction of pelvic region - M99.05
25. Joint stiffness - M25.60
26. Muscle spasm of back - M62.830
27. Lumbar muscle pain - M79.18
28. Posture abnormality - R29.3
29. Motor vehicle accident - V89.2XXA

**Orders**
**1. Cervical radiculopathy**
Referral To:Spine Specialist Consultation
        Reason:See MRI of lumbar and Cervical spine. Eval and Treat

**2. Lumbar facet syndrome**
Referral To:Spine Specialist Consultation
        Reason:See MRI of lumbar and Cervical spine. Eval and Treat

**Treatment**
Manual Therapy:
    Massage
        Region: *Left cervical, Right cervical, Left quadratus lumborum, Right quadratus lumborum*
        Duration: *8 minutes*
Electrical Stimulation:
    Spinal E-Stim
        Region: *Left trapezius,Right trapezius,Left quadratus lumborum,Right quadratus lumborum*
        Duration: *10 minutes*
Heat Therapy:
    Spinal Heat Therapy
        Region: *Left trapezius,Right trapezius,Left quadratus lumborum,Right quadratus lumborum*
        Duration: *10 minutes*
Intersegmental Traction:
    Full Spine
        Level: *1*
        Duration: *10 minutes*
Did Not Perform:
    Exercises  due to pain.

**Procedure Codes**
97014 ELECTRIC STIMULATION THERAPY
97140 MANUAL THERAPY, Modifiers: 59
97012 MECHANICAL TRACTION

**Follow Up**
2 - 3 Days

**Electronically signed by Casey Accardo , DC on 06/16/2021 at 02:58 PM CDT**

**Sign off status: Completed**

**Visit Status:  CHK (Check Out)**

6/21/2021                                              eCW (Schaubhut, Roslyn)

SIMMONS, Nathaniel DOB: ■■■■1958 (62 yo M) Acc No. 36239
## REFERRAL

Casey Accardo, DC                                                          Nathaniel Simmons
Chiropractor                                                               ■■■1958
**LAHS-Metairie**
3001 DIVISION ST Suite 105, METAIRIE, LA-70002-5809
Tel: 504-832-3937  Fax: 504-267-5395

---

**Reason For Referral:**

Authorization No:                          **Authorization Type:**
Reason:            See MRI of lumbar and Cervical spine. Eval and Treat
Diagnosis:         M54.12 - Cervical radiculopathy
                   M48.8X6 - Lumbar facet syndrome

E/M Codes:
Procedures:
Visits Allowed:    0
Unit Type:         V (VISIT)
Start Date:        06/15/2021
End Date:          06/15/2022

**Notes:**
**Clinical Notes:**
**Structured**
**Data:**

Provider NPI:      1366764953

Electronically signed by Casey Accardo, DC on 06/21/2021 at 02:36 PM CDT

6/21/2021                                    eCW (Schaubhut, Roslyn )

SIMMONS, Nathaniel DOB: ███1958 (62 yo M) **Acc No.** 36239
## REFERRAL

Casey Accardo, DC                                          Nathaniel Simmons
Chiropractor                                                ████1958
**LAHS-Metairie**
3001 DIVISION ST Suite 105, METAIRIE, LA-70002-5809
Tel: 504-832-3937  Fax: 504-267-5395

Date:              06/21/2021

**Patient Information:**
Patient Name:        Nathaniel Simmons
Patient DOB:         ████1958
Patient Insurance:   Kathryn Weekley Becnel
Patient Subscriber No: MVA 2020.11.09
Patient Address:     101 ORMOND BLVD, LA PLACE, LA 70068-3750
Patient Phone:       504-339-6299
Patient Work Phone:
Patient Cell Phone:  504-339-6299
Patient SSN:         XXX-XX-6739

**Insurance Information**
Insurance Name:      Kathryn Weekley Becnel
Subscriber Name:     Simmons, Nathaniel
Subscriber DOB:      ████1958
Subscriber No:       MVA 2020.11.09
Subscriber Group No:
Subscriber Address:  101 ORMOND BLVD, LA PLACE, LA 70068-3750
Subscriber Phone:    504-339-6299

**Referral From Information:**
Provider Name:       Accardo, Casey
Provider ID Number:
Provider UPIN:
Provider NPI:        1366764953
Provider Facility:   LAHS-Metairie
Provider Speciality: Chiropractor
Address1:            3001 DIVISION ST
Address2:            Suite 105
City, State, Zip:    METAIRIE, LA, 70002-5809
Phone:               504-832-3937
Fax:                 504-267-5395

**Referral To Information:**
Provider Name:
Provider ID Number:
Provider UPIN:
Provider NPI:
Provider Facility:   LAHS-Metairie
Provider Speciality: Spine Specialist Consultation
Address1:            3001 DIVISION ST
Address2:            Suite 105
City, State, Zip:    METAIRIE, LA, 70002-5809
Phone:               504-832-3937
Appt. Date/Time:
Fax:                 504-267-5395           Facility Tax ID Number:        46-0719314

***** LAHS Internal Document - Consider Content Before Sharing or Forwarding *****



**LA Health Solutions**

DATE:_____6/21/2021_____

PATIENT: Nathaniel Simmons  DOB: ████1958  PH: 504339-6299

CARRIER/ATTORNEY: Kathryn Weekley_____

ORDERING PHYSICIAN:_____Dr. C Accardo_____ ___

---

### Please choose one option.

**NOTE: The above-named patient would benefit from a spine consultation with a specialist.**

**Please contact our office for first availability.**

Orthopedic Spine Surgeon Consult

Neurosurgeon Consult

Interventional Pain Mgmt Consultation

*INTERNAL USE ONLY*

---

### The following is required prior to the scheduled appointment:

Deposit  (Ortho $500 / Neuro $750 / IPM $200)

Orders  (if not ordered by LA Health Solutions)

Last physician note regarding the specific injury, as well as all pertinent past medical history.

MRI disc, as well as written report.

_____          _____/_____/_____
*AUTHORIZED SIGNATURE:*                                        *DATE:*

***** LAHS Internal Document - Consider Content Before Sharing or Forwarding *****

| **LAHS-LaPlace** | **Casey Accardo, DC** |
|---|---|
| **1524 W AIRLINE HWY  LAPLACE, LA 70068-3725** | **Chiropractor** |
| **Tel: 985-233-2600  Fax: 985-359-5247** | |

| **Patient:** | Simmons, Nathaniel | **06/29/2021** |
|---|---|---|
| **DOB:** | ████1958, Sex: Male | |
| **Address:** | 101 ORMOND BLVD, LA PLACE, LA 70068-3750 | |
| **Phone:** | 504-339-6299 | |

| **Ordered Date:** | 04/12/2021 |
|---|---|
| **Assessments:** | Cervical radiculopathy - M54.12 |
| **DI:** | MRI : Cervical without Contrast |
| **Fasting:** | No |
| **Specimen:** | Collection Date: 04/29/2021   Time: |
| **Clinical Info:** | |

| **Name** | **Value** | **Reference Range** |
|---|---|---|
| open MRI | | |
| **Result:** | Positive | |
| **Received Date:** | 04/30/2021 | |
| **Notes:** | | |

Patient Name: Simmons, Nathaniel , DOB: ████1958

| LAHS-LaPlace | Casey Accardo, DC |
|---|---|
| **1524 W AIRLINE HWY  LAPLACE, LA 70068-3725** | Chiropractor |
| Tel: 985-233-2600   Fax: 985-359-5247 | |

| | | |
|---|---|---|
| **Patient:** | Simmons, Nathaniel | **06/29/2021** |
| **DOB:** | ███████1958, Sex: Male | |
| **Address:** | 101 ORMOND BLVD, LA PLACE, LA 70068-3750 | |
| **Phone:** | 504-339-6299 | |

| | |
|---|---|
| **Ordered Date:** | 04/12/2021 |
| **Assessments:** | Lumbar radiculopathy - M54.16 |
| **DI:** | MRI : Lumbar without contrast |
| **Fasting:** | No |
| **Specimen:** | Collection Date: 04/29/2021   Time: |
| **Clinical Info:** | |

| Name | Value | Reference Range |
|---|---|---|
| **Result:** | Positive | |
| **Received Date:** | 04/30/2021 | |
| **Notes:** | | |

Patient Name: Simmons, Nathaniel , DOB: ██████/1958

SIMMONS, Nathaniel **DOB:** ████1958 (62 yo M) **Acc No.** 36239 **DOS:** 07/07/2021



# LA Health Solutions

**MD follow up evaluation**

**Patient:** Simmons, Nathaniel
**DOB:** ████1958 **Age:** 62 Y **Sex:** Male

**Provider:** UZOMA MOORE, MD
**Date:** 07/07/2021

## History of Present Illness
Signs and Symptoms:
    Complaints
        Anxiety  *Denies*
        Depression  *Present*
        Sleep Disruption  *Present*
        Headaches  *Present*
        Dizziness  *Denies*
        Visual Disturbance  *Present*
        TMJ  *Present*
        Muscle Spasm  *Present*
        Pain  *Present*
        Joint Stiffness  *Present*
        Radiating Pain  *Present*
Self Care:
    Self-Care
        Types of self-care patient has attempted at home  *Heat*
        Frequency  *Daily*
Symptoms:
    Symptoms
        Headaches  *Occasional no associated nausea or vomiting, top of head*
        Neck Injuries:  *Neck pain/numbness/tingling/weakness that radiates or goes down to RIGHT shoulder/arm/forearm or hand, Neck pain/numbness/tingling/weakness that radiates or goes down to LEFT shoulder/arm/forearm or hand, Neck spasms or shoulder spasms*
        Shoulder Injuries:  *Bilateral shoulders, Sharp Shoulder pain*
        Upper Arm Pain:  *Bilateral arms, Stabbing pain*
        Wrist Pain:  *Bilateral wrists, Sharp pain*
        Upper Back Pain/Mid Back Pain:  *Upper/Mid back pain*
        Low Back Pain:  *Low back pain/ numbness/ tingling/ weakness that radiates or goes down to RIGHT buttock/ thigh/ leg or foot, Low back pain/ numbness/ tingling/ weakness that radiates or goes down to LEFT buttock/ thigh/ leg or foot*
        Hip Pain:  *Bilateral hip pain*
        Upper Leg Pain:  *Bilateral upper leg pain*
        Knee Pain:  *Bilateral Knee pain, Radiates to calf/ ankle and foot*
Rivermead Post-Concussion Symptoms :
    Concussion Symptoms
        Headaches  *3 = A moderate problem now*
        Feelings of dizziness  *0 = Not experienced at all*
        Nausea and/or vomiting  *0 = Not experienced at all*
        Noise sensitivity, or easily upset by loud noise  *4 = A severe problem now*
        Sleep Disturbance  *4 = A severe problem now*
        Fatigue/tiring more easily  *4 = A severe problem now*
        Being irritable or easily angered  *4 = A severe problem now*

**SIMMONS, Nathaniel DOB:** ████1958 (62 yo M) **Acc No.** 36239 **DOS:** 07/07/2021

Feeling depressed or tearful  *4 = A severe problem now*
Feeling frustrated or impatient  *3 = A moderate problem now*
Forgetfulness or poor memory  *2 = A mild problem now*
Poor concentration  *2 = A mild problem now*
Taking longer to think  *4 = A severe problem now*
Blurred vision  *2 = A mild problem now*
Light sensitivity, or easily upset/irritated by bright light  *4 = A severe problem now*
Double vision  *2 = A mild problem now*
Restlessness  *4 = A severe problem now*
RPQ-3 Score (total for first three items)  *3*
RPQ-13 Score (total for next 13 items)  *43*

## Current Medications
Taking
- Gabapentin
- Percocet 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs
Medication List reviewed and reconciled with the patient

## Past Medical History
Hypertension.

## Surgical History
Hernia Repair 2017

## Family History
Father: deceased
Mother: deceased

## Social History
*Social History:*
Marital Status: Married.
Cigarettes, packs per day: 5 cigarettes per day.
Dip, Chewing Tobacco, Electronic Cigarettes: No.
Alcohol Use: Never.
Recreational Drugs (within the last 12 months): No.
Employment Status: Unemployed.
Disabled? If so, Why?: Yes , hearing impaired.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
Hernia Repair 2017

## Review of Systems
*ROS:*
Frequent fever Denies.  Blurred vision Denies.  Trouble swallowing Denies.  Chest pains Denies.  Shortness of breath Denies.  Nausea Denies.  Vomiting Denies.  Headache Denies.  Dizziness Denies.  Anxiety Denies.  Depression Denies.  Easy bleeding Denies.  Easy Bruising Denies.  Problems with vision Denies.  Problems with urination Denies.

## Vital Signs
HR **68** /min, BP **140/83 mm Hg**, Wt **208 lbs**, BMI **32.57**, Ht 67 in, Ht-cm 170.18, Wt-kg 94.35.

## Examination
Cervical:
Range of Motion
Flexion (Normal 60)  *50*
Extension (Normal 75)  *65*
Lateral (Normal 45)  *35*
Rotation (Normal 80)  *70*

Palpable Findings

SIMMONS, Nathaniel **DOB:** ███/1958 (62 yo M) **Acc No.** 36239 **DOS:** 07/07/2021

    Tenderness: *+3*
    Muscle Spasms *moderate*

    Radiculopathy
    Radiculopathy noted to *Does not radiate*
Thoracic Spine:
    Palpable Findings
    Tenderness: *0*
    Muscle Spasms *none noted*
Lumbar Spine:
    Range of Motion
    Flexion (Normal 90) *70*
    Extension (Normal 30) *15*
    Lateral Tilt (Normal 30) *20*
    Lateral Rotation (Normal 30) *20*

    Palpable Findings
    Tenderness: *+3*
    Muscle Spasm: *moderate*
Other Findings::
    Gait:
    *Normal*
    Bruises/Contusions:
    *No*
    Lacerations:
    *No*
    Swelling/Edema:
    *No*
    Work Status:
    *N/A*
    Prognosis: Fair.
    :
    General: No acute distress
    HEENT: normal cephalic, atraumatic
    Neck: as above
    CV: distal pulses - regular, 2/2 X 4 limbs
    Lungs: no labored breathing.

**Diagnosis**
1. Cervical radiculopathy - M54.12 (Primary)
2. Thoracic facet syndrome - M46.94
3. Muscle spasm - M62.838
4. Lumbar facet syndrome - M48.8X6
5. Cervical facet syndrome - M53.82
6. Lumbar radiculopathy - M54.16
7. Acute stress reaction - F43.0
8. Thoracic sprain, initial encounter - S23.3XXA
9. Sprain of ligaments of cervical spine, initial encounter - S13.4XXA
10. Strain of thoracic region - S29.019A
11. Lumbar sprain - S33.5XXA
12. Cervical strain, initial encounter - S16.1XXA
13. Cervical Segmental Dysfunction - M99.01
14. Thoracic segment dysfunction - M99.02
15. Sprain of sacroiliac region, initial encounter - S33.6XXA
16. Back muscle spasm - M62.830
17. Lumbar strain - S39.012A
18. Cervical muscle spasm - M62.838
19. Lumbar segmental dysfunction - M99.03
20. Acute pain due to trauma - G89.11
21. Cervical muscle pain - M54.2
22. Segmental dysfunction of pelvic region - M99.05

SIMMONS, Nathaniel **DOB:** ████1958 (62 yo M) **Acc No.** 36239 **DOS:** 07/07/2021

23. Joint stiffness - M25.60
24. Muscle spasm of back - M62.830
25. Lumbar muscle pain - M79.18
26. Motor vehicle accident - V89.2XXA

**Orders**
**1. Cervical muscle spasm**
Start Chlorzoxazone Tablet, 500 MG, 1 tablet with food, Orally, QPM PRN; do not drive, or operate heavy machinery while taking this medication;, 30 days, 30

**2. Others**
Notes: The patient has been referred to the specialist.

Icing, and other treatment regimens were discussed with the patient's wife, who interprets due to deafness.

**Visit Codes**
99214 Office Visit, Est Pt., Level 4. Modifiers: 25

**Follow Up**
PRN, specialty consultation in progress

**Electronically signed by UZOMA MOORE , M.D. on 07/11/2021 at 10:35 PM CDT**
**Sign off status: Completed**
**Visit Status:  CHK (Check Out)**

---

**Provider:  UZOMA MOORE, MD**                                    **Date: 07/07/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**MAKE CHECKS PAYABLE TO:**

**Bradley J. Bartholomew, MD**

2420 Athania Prky. Ste 100
Metairie, LA 70001-0000

For all billing questions, please call
**(504) 457-3452**

| STATEMENT DATE | PAY THIS AMOUNT | PATIENT ID |
|---|---|---|
| **07/28/2021** | **$0.00** | **881** |
| | SHOW AMOUNT PAID HERE $ | |

**SEND TO:**

Atty,
Daniel Becnel
425 West Airline Hwy. Ste. B
Laplace, LA 70068

RE: Simmons , Nathaniel

**REMIT TO:**

**Bradley J. Bartholomew, MD**

2420 Athania Prky. Ste 100
Metairie, LA 70001-0000

Page:1 of 1

## STATEMENT

| SERVICE DATE | DESCRIPTION | CHARGES | ADJUST | PAT. PMTS | OTHER PMTS | BALANCE | INS. PEND |
|---|---|---|---|---|---|---|---|
| 07/27/2021 | 99205 – office/outpatient new high mdm 60-74 minutes | 750.00 | - | 750.00 | - | 0.00 | |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|
| - | - | - | - | - |

| NOW DUE |
|---|
| **$0.00** |

Billing Question Phone: (504) 457-3452

Patient ID: 881

**Bradley J. Bartholomew, MD**

2420 Athania Prky. Ste 100
Metairie, LA 70001-0000

**Bradley J. Bartholomew, MD** 2420 Athania Prky. Ste 100, Metairie, LA

**md Note**

70001-0000

## NATHANIEL SIMMONS

MRN :

Birthday : 1958-▮▮▮▮

Phone :

Visited on: 2021 Jul 27 13:00 (Age at visit: 62 years)

Electronically signed by: Bradley Bartholomew, MD on 2021-07-29 10:30 AM

| CC | Neck and low back pain |
|---|---|

**Subjective**

Mr. Simmons is a 62-year-old right-handed male who presents with neck and low back pain. He does not have his hearing aids as evidently they are broken. His wife was present who pretty much spoke to him and for him. I cannot understand the patient's answers when she was talking to him. The patient's history is that he was injured November 9, 2020 in a motor vehicle accident. In this accident he was to restrained driver going about 45 miles an hour when hit in the rear and hit again in the rear by 18 wheeler. There was no other impact. He hit his head on seatback there was no loss of consciousness. He did go to emergency room at River parishes in LaPlace for neck pain and headache. Prior to this accident he had ongoing neck and back pain but he states it was worse. After the emergency room he was next seen at Louisiana clinic in LaPlace about a week or so after the injury. He continues going but states he is not getting better. He presents with neck ache with low back pain.

The neck pain is a constant pain average and 8/10. Prior to this accident it was 6/10. He does have pain on both upper extremities to all the fingers which he had prior to this accident. Both upper extremities feel weak without change from this accident. Both upper extremities are a little numb. He denies dexterity or myelopathic changes. The neck pain is significantly worse at night.

The low back pain is constant now to 8/10 worse prior to this accident was 6/10. There is constant pain down both legs to the feet which he had previous. He denies any lower extremity numbness. He does have bilateral lower extremity a weak feeling at times without change. He denies any bladder or bowel dysfunctions.

Past medical history significant 2018 involved in motor vehicle accident where he hurt his neck and back. He had therapy at St. John chiropractic. The wife does not remember having an MRI scan done. Was continue with neck and back pain as above.

He is not working

**Medications**

**Percocet 10 mg-325 mg tablet**
**Anoro Ellipta 62.5 mcg-25 mcg/actuation powder for inhalation**
**atorvastatin 20 mg tablet**
**omeprazole 40 mg capsule,delayed release**
**glimepiride 2 mg tablet**
**amilopine**
**allopurinoL 100 mg tablet**
**gabapentin 100 mg capsule**

**Allergies**

No known allergies

**Soc Hx**

**Current every day smoker**
**Do not drink**
**Not sexually active**
**Male**

**Bradley J. Bartholomew, MD** 2420 Athania Prky. Ste 100, Metairie, LA

**md Note**

70001-0000

## NATHANIEL SIMMONS

MRN :

Birthday : **1958-**⬛⬛⬛

Phone :

Visited on: 2021 Jul 27 13:00 (Age at visit: 62 years)

Electronically signed by: Bradley Bartholomew, MD on 2021-07-29 10:30 AM

## Vitals

| Height/Length | Weight | BMI | Blood Pressure | Temperature | Pulse | RR | SpO2 |
|---|---|---|---|---|---|---|---|
| 5' 7" | 214 lbs 0 oz | 33.52 | | | | | |

Recorded: 2021 Jul 27 13:39 by: Lisa Byes

## Objective

Physical exam shows the following:

Neck exam shows bilateral tenderness over the C5-6 and C6-7 facets with bilateral trapezius spasm. Neck pain increases with extension.

Lower back exam shows right-sided tenderness over the L4-5 and L5-S1 facets without spasm. Pain does increase with extension but is within normal limits with flexion.

Strength is normal in all 4 extremities.

Sensory is intact in all 4 extremities.

Reflexes are trace to 1 throughout all 4 extremity's.

Straight leg testing produces isolated pain only behind the knees.

## Tests

MRI scan report from April 29, 2021 was compared to the one done July 29, 2019. The new was done at Riverbend which is part of Diagnostic Imaging Services. I could not find the old film on the portal for diagnostic imaging. They said they did compare it. The new MRI scan shows at C3-4 2.0 mm herniation. C4-5 the 2.5 mm right paracentral herniation which has increased depth and new flattening of the cord. C5-6 has a bulge. With spondylosis. I reviewed these films I agree with the radiologist description. I do not have the old films for comparison.

MRI scan report of lumbar spine also done April 29, 2021 and also compared to an old one done July 29, 2019 showed the following: L2-3 has a less than a 2 mm bulge. L3-4 has a bulge which is redemonstrated. L4-5 has a left foraminal herniation 2.3 mm. Again I agree with the radiologist description but I do not have the old films to compare.

## Assessment

From history given to me, this patient has a pre-existing condition which was worsened by the accident on November 9, 2020. He has neck pain with cervical radiculopathy along with low back pain and lumbar radiculopathy. Herniations are less than 3 mm and I do not appreciate significant nerve root compression.

## Plan

I would like to obtain the old MRI films to see if there has been an anatomical change as a result of the accident November 9, 2020. Certainly any old records would be helpful from St. John to determine what his symptoms were.

I did discuss with the wife and he was present but I am not sure how much he understood, C5-6 and C6-7 bilateral facet blocks and a right L4-5 L5-S1 facet block. I gave information on these.

I will issue an addendum once I have obtained the old films.

I will wait to hear back from his wife whether he wants to proceed with the injections



**Patient:** Nathaniel Simmons III
**Provider:** Dr. Eric Royster, MD

**DOB:** ▮1958
**Visit:** 10/18/2021 10:30AM

**Sex:** M
**Chart:** SINA000001

---

**Chief Complaint:** Neck and low back pain

**Narrative:**

HPI: This is an initial evaluation for a 63-year-old male with neck and low back complaints following an MVC which occurred 11/9/20. Patient is hard of hearing and without hearing aids today. His wife is with him today and is assisting with the interview. Patient states that he was the restrained driver traveling at approximately 45 MPH when rear-ended with two impacts by an 18-wheeler. He did strike his head but there was no loss of consciousness. He did go to the ED that day with neck pain primarily as well as some low back pain. Fractures were rule out and he was discharged home. Subsequently he was enrolled in chiropractic care without significant benefit. He continues to have daily moderate to severe neck and low back pain with radiation to the bilateral upper and lower extremities and subjective weakness. Headaches have improved. He describes the pain as aching and nearly constant with any activity.

The patient does have a prior history of an accident in or around 2018. I don't have any records from this. He does have MRIs of the neck and back apparently from July of 2019. The wife and the patient have little recollection of these MRIs, but they do state that he was not dealing with any significant symptoms in the neck or back leading up to this accident.

Imaging has been obtained. The patient has been referred for further evaluation and consideration of interventional pain procedures. They do cite that COVID and the recent hurricane with relocation have both made it difficult to present for treatment.

ROS: Negative except as in HPI.

PE:
General Appearance: healthy-appearing, well-nourished, and well-developed and in no acute distress.
Ambulation: ambulating normally without assist device.
Mental Status: normal mood and affect and active and alert. Oriented to time, place, and person.
Head: normocephalic and atraumatic.
Eyes: conjunctivae non-injected and no pallor. Sclerae: non-icteric.
Neck: trachea midline. Thyroid: no nodules.
Lungs: Respiration: no dyspnea and normal air movement.
Abdomen: non-distended.
Musculoskeletal System: no malalignment, tenderness, or bony abnormalities and normal movement of all extremities;

---

**E-signed by** Dr. Eric Royster, MD **on** 10/22/2021 2:33PM CDT
**This page was generated at** 10/22/2021 2:33PM CDT                    *Powered by* **DrChrono**



**Patient:** Nathaniel Simmons III
**Provider:** Dr. Eric Royster, MD

**DOB:** ▇▇1958
**Visit:** 10/18/2021 10:30AM

**Sex:** M
**Chart:** SINA000001

Extremities: no cyanosis, edema, or varicosities.
Cervical Spine: localizes the chief complaint to the base, moderate paraspinal spasm and tenderness, decreased range of motion moderately in all fields due to pain
Thoracic Spine: no trigger points or spasm of paraspinal muscles and normal curvature.
Lumbar Spine: localizes the chief complaint to the approximate L5 level, decreased range of motion in all fields due to pain, positive facet loading, straight leg test reproduces lower back pain as well, moderate paraspinal spasm and tenderness throughout.
Neurological Exam: normal bulk and tone and no tremors, rigidity, or bradykinesia.
Gait and Station: normal gait and station.
Cranial Nerves: grossly intact. Sensation: grossly intact.
Skin: no rash, lesions, ulcer, or jaundice.

PLAN: This is an initial evaluation for a 63-year-old male with cervical and lumbar complaints following an MVC which occurred November 9, 2020.

I have for review today MRIs of the cervical and lumbar spines from 4/29/21. Radiologist had the opportunity to compare the imaging to prior studies from 7/29/19. Cervical MRI was noted to have significant motion artifact and may be suboptimal. Cervical MRI reveals: 1. C3/4 broad-based posterior herniation with central stenosis of 8.1 mm. There's facet and uncinate hypertrophy which produce moderate bilateral foraminal narrowing. These are similar to prior. 2. C4/5 shows a broad-based right paracentral disc herniation which has increased in size. Central canal measures 7.6 mm. 3. C5/6 spondylosis and annular disc bulging. Lumbar MRI reveals: 1. L4/5 shows a broad-based left foraminal disc herniation contacting the exiting L4 nerve root. Facet hypertrophy is present as well as a small right effusion, unchanged. 2. stable annular disc bulging at L2/3 with midline annular fissure. 3. stable annular bulging at L3/4 with facet hypertrophy and mild left greater than right foraminal narrowing. Small facet effusions. 4. L5/S1 shows a disc bulge and facet hypertrophy with moderate right greater than left foraminal narrowing. There's a right larger than left facet effusion similar to prior.

I had a lengthy discussion with the patient today about options for treatment. Patient is an excellent candidate for spinal interventions. He appears to be manifesting symptoms of likely multiple pain generators including lumbar and cervical radiculopathy as well as likely especially lumbar facet syndrome. I recommend proceeding with cervical and lumbar ESIs with the initial goal of resolving any radicular symptoms and will pick up for any residual axial pain with MBBs. We discussed the risks and benefits, alternatives such as acupuncture, and clinical rationale for proceeding and wishes to do so. I performed this procedure today in clinic without complication. Please see operative note for details.

It is my medical opinion that the patient's clinical presentation, pain, and relevant imaging findings are more



**Patient:** Nathaniel Simmons III          **DOB:** ▮▮▮1958          **Sex:** M
**Provider:** Dr. Eric Royster, MD          **Visit:** 10/18/2021 10:30AM          **Chart:** SINA000001

likely than not causally related to the patient's stated history of motor vehicle collision.

Will see the patient back in approximately 2 weeks. Will consider an L4/5 interlaminar injection if necessary and assess response to today's injection.

PROCEDURE:
1) C6/7 Interlaminar Epidural Steroid Injection
2) Fluoroscopic needle localization of above.

SURGEON: Eric I Royster, M.D.
ANESTHESIA: Local
BLOOD LOSS: minimal

PROCEDURE IN DETAIL: Informed consent was obtained, explaining risk, benefits, and alternatives of the procedure to the patient. Operative site was marked in the holding area. The patient was then taken to the procedure room and placed in the prone position on the procedure table. The skin was prepped with chloroprep solution and a sterile drape was applied. A time-out was performed to verify the correct patient, procedure, and laterality.

Using fluoroscopy, the spine was examined. The appropriate interlaminar space was visualized. A paramedian approach ipsilateral to the patient's chief complaint was planned. A skin wheal was raised and the subcutaneous tissues anesthetized with 1% lidocaine, approximately 3 mL. A 3.5 inch 20-guage Tuohy needle was advanced with intermittent fluoroscopy towards the interlaminar space in the midline. The epidural space was identified with a loss of resistance to air technique. Omnipaque 300 was instilled in the catheter to verify epidural spread. No vascular uptake or CSF spread was noted during live fluoroscopy. After negative aspiration, 6 mL containing dexamethasone 15mg in normal saline was instilled. The needle was flushed and removed.

A Band-Aid was placed over the skin entry site. The patient was transferred to the recovery area. The patient was monitored briefly and was given post-procedure and discharge instructions. There were no apparent complications.

## Assessment:

| Type | Code | Description |
|------|------|-------------|
| ICD-10-CM Condition | M51.26 | Other intervertebral disc displacement, lumbar region |

**E-signed by** Dr. Eric Royster, MD **on** 10/22/2021 2:33PM CDT
**This page was generated at** 10/22/2021 2:33PM CDT
*Powered by* **DrChrono**



**Patient:** Nathaniel Simmons III
**Provider:** Dr. Eric Royster,MD

**DOB:** ████1958
**Visit:** 10/18/2021 10:30AM

**Sex:** M
**Chart:** SINA000001

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | M47.26 | Other spondylosis with radiculopathy, lumbar region |
| ICD-10-CM Condition | M47.22 | Other spondylosis with radiculopathy, cervical region |
| ICD-10-CM Condition | M62.838 | Other muscle spasm |
| ICD-10-CM Condition | M50.20 | Other cervical disc displacement, unspecified cervical region |

## Plan:

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 99205 | | 1.00 UN | OFFICE O/P NEW HI 60-74 MIN |
| CPT | 62321 | | 1.00 UN | NJX INTERLAMINAR CRV/THRC |

**E-signed by** Dr. Eric Royster,MD on 10/22/2021 2:33PM CDT
**This page was generated at** 10/22/2021 2:33PM CDT

*Powered by* **DrChrono**



**None**

| From: | Dr. Eric Royster, MD | To: | |
|---|---|---|---|
| Email: | intake@guardiancare-no.com | Email: | |
| Phone: | (504) 356-6767 | Phone: | |
| Fax: | +1 504-356-6770 | Fax: | |

| Patient Name: | Nathaniel Simmons III | Phone: | (504) 339-6299 |
|---|---|---|---|
| DOB: | ████1958 | Address | 101 Ormond Ave.<br>Apt. C<br>La Place, LA 70068 |
| Age: | 63 | | |
| Sex | Male | Mail Address | Same as address |
| SSN | XXX-XX-6739 | | |

| Primary Insurance | | Secondary Insurance | |
|---|---|---|---|
| Company: | Becnel Law Firm | Company: | |
| Plan: | | Plan: | |
| Group #: | (985) 651-6101 | Group #: | |
| Policy #: | | Policy #: | |
| Subscriber: | Nathaniel Simmons III | Subscriber: | Nathaniel Simmons III |

| Instructions: | Referral: |
|---|---|
| | L4/5 Interlaminar ESI |

Dr. Royster / QR

Provider: Dr. Eric Royster, MD
Date: 10/21/21 10:35 AM



**Patient:** Nathaniel Simmons III      **DOB:** ▮▮▮1958      **Sex:** M
**Provider:** Dr. Eric Royster, MD      **Visit:** 11/01/2021 10:00AM      **Chart:** SINA000001

**Chief Complaint:** Low back and neck pain

**Narrative:**

HPI: This is a follow up visit for a 63-year-old male with neck and low back pain following an MVC which occurred 11/9/20. Patient returns with his wife for further evaluation. We had recommended consideration of a lumbar ESI to address his chief complaint. He is benefiting somewhat from a cervical ESI performed on October 18. No change in the quality or location of pain. There's been no new inciting event or trauma.

ROS: Negative except as in HPI.

PE:
General Appearance: healthy-appearing, well-nourished, and well-developed and in no acute distress.
Ambulation: ambulating normally without assist device.
Mental Status: normal mood and affect and active and alert. Oriented to time, place, and person.
Head: normocephalic and atraumatic.
Eyes: conjunctivae non-injected and no pallor. Sclerae: non-icteric.
Neck: trachea midline. Thyroid: no nodules.
Lungs: Respiration: no dyspnea and normal air movement.
Abdomen: non-distended.
Musculoskeletal System: no malalignment, tenderness, or bony abnormalities and normal movement of all extremities;
Extremities: no cyanosis, edema, or varicosities.
Cervical Spine: localizes the chief complaint to the base, moderate paraspinal spasm and tenderness, decreased range of motion moderately in all fields due to pain, injection site well healed.
Thoracic Spine: no trigger points or spasm of paraspinal muscles and normal curvature.
Lumbar Spine: localizes the chief complaint to the approximate L5 level, decreased range of motion in all fields due to pain, positive facet loading, straight leg test reproduces lower back pain as well, moderate paraspinal spasm and tenderness throughout.
Neurological Exam: normal bulk and tone and no tremors, rigidity, or bradykinesia.
Gait and Station: normal gait and station.
Cranial Nerves: grossly intact. Sensation: grossly intact.
Skin: no rash, lesions, ulcer, or jaundice.

PLAN: This is a follow up visit for a 63-year-old male with lumbar complaint following an MVC which occurred 11/9/20.



**Patient:** Nathaniel Simmons III                      **DOB:** ▉▉▉1958           **Sex:** M
**Provider:** Dr. Eric Royster,MD                      **Visit:** 11/01/2021 10:00AM    **Chart:** SINA000001

Performed today an L4/5 interlaminar injection after informed consent was obtained. Please see operative note for details. No complications. He continues to benefit from recent cervical ESI. Will see him back in 2-4 weeks to follow his progress and offer further treatment as indicated.

PROCEDURE:
1) L4/5 Interlaminar Epidural Steroid Injection
2) Fluoroscopic needle localization of above.

SURGEON: Eric I Royster, M.D.
ANESTHESIA: Local
BLOOD LOSS: minimal

PROCEDURE IN DETAIL: Informed consent was obtained, explaining risk, benefits, and alternatives of the procedure to the patient. Operative site was marked in the holding area. The patient was then taken to the procedure room and placed in the prone position on the procedure table. The skin was prepped with chloroprep solution and a sterile drape was applied. A time-out was performed to verify the correct patient, procedure, and laterality.

Using fluoroscopy, the spine was examined. The appropriate interlaminar space was visualized. A paramedian approach ipsilateral to the patient's chief complaint was planned. A skin wheal was raised and the subcutaneous tissues anesthetized with 1% lidocaine, approximately 3 mL. A 3.5 inch 20-guage Tuohy needle was advanced with intermittent fluoroscopy towards the interlaminar space in the midline. The epidural space was identified with a loss of resistance to air technique. Omnipaque 300 was instilled in the catheter to verify epidural spread. No vascular uptake or CSF spread was noted during live fluoroscopy. After negative aspiration, 10mL containing dexamethasone 15mg in normal saline was instilled. The needle was flushed and removed.

A Band-Aid was placed over the skin entry site. The patient was transferred to the recovery area. The patient was monitored briefly and was given post-procedure and discharge instructions. There were no apparent complications.

## Assessment:

| Type | Code | Description |
|------|------|-------------|
| ICD-10-CM Condition | M47.22 | Other spondylosis with radiculopathy, cervical region |

**E-signed by** Dr. Eric Royster,MD on 11/05/2021 8:41AM CDT
**This page was generated at** 11/05/2021 8:41AM CDT                      *Powered by* **DrChrono**



**Patient:** Nathaniel Simmons III
**Provider:** Dr. Eric Royster,MD

**DOB:** ▮▮▮/1958
**Visit:** 11/01/2021 10:00AM

**Sex:** M
**Chart:** SINA000001

| Type | Code | Description |
|------|------|-------------|
| ICD-10-CM Condition | M47.26 | Other spondylosis with radiculopathy, lumbar region |
| ICD-10-CM Condition | M50.20 | Other cervical disc displacement, unspecified cervical region |
| ICD-10-CM Condition | M51.26 | Other intervertebral disc displacement, lumbar region |
| ICD-10-CM Condition | M62.838 | Other muscle spasm |

## Plan:

| Type | Code | Modifiers | Quantity | Description |
|------|------|-----------|----------|-------------|
| CPT | 99215 | | 1.00 UN | OFFICE O/P EST HI 40-54 MIN |
| CPT | 62323 | | 1.00 UN | NJX INTERLAMINAR LMBR/SAC |

**E-signed by** Dr. Eric Royster,MD **on** 11/05/2021 8:41AM CDT
**This page was generated at** 11/05/2021 8:41AM CDT

*Powered by* **DrChrono**



**Patient:** Nathaniel Simmons III
**Provider:** Dr. Eric Royster,MD

**DOB:** ███/1958
**Visit:** 12/08/2021 1:30PM

**Sex:** M
**Chart:** SINA000001

**Chief Complaint:** Neck and low back pain

**Narrative:**

HPI: This is a follow up visit for a 63-year-old male with neck and low back pain following an MVC which occurred 11/9/2. He's undergone a lumbar and cervical interlaminar injection. He's had significant improvement although he does continue to have daily primarily mild and occasionally moderate symptoms. No significant severe pain at this time. He's beginning to normalize activities. No change in the quality or location of pain. There's been no new inciting event or trauma.

ROS: Negative except as in HPI.

PE:
General Appearance: healthy-appearing, well-nourished, and well-developed and in no acute distress.
Ambulation: ambulating normally without assist device.
Mental Status: normal mood and affect and active and alert. Oriented to time, place, and person.
Head: normocephalic and atraumatic.
Eyes: conjunctivae non-injected and no pallor. Sclerae: non-icteric.
Neck: trachea midline. Thyroid: no nodules.
Lungs: Respiration: no dyspnea and normal air movement.
Abdomen: non-distended.
Musculoskeletal System: no malalignment, tenderness, or bony abnormalities and normal movement of all extremities;
Extremities: no cyanosis, edema, or varicosities.
Cervical Spine: localizes the chief complaint to the base, mild paraspinal spasm and tenderness, slight decreased range of motion in all fields due to pain, injection site well healed.
Thoracic Spine: no trigger points or spasm of paraspinal muscles and normal curvature.
Lumbar Spine: localizes the chief complaint to the approximate L5 level, decreased range of motion in all fields due to pain, positive facet loading, straight leg test reproduces lower back pain as well, mild paraspinal spasm and tenderness throughout, injection site well healed.
Neurological Exam: normal bulk and tone and no tremors, rigidity, or bradykinesia.
Gait and Station: normal gait and station.
Cranial Nerves: grossly intact. Sensation: grossly intact.
Skin: no rash, lesions, ulcer, or jaundice.



**Patient:** Nathaniel Simmons III     **DOB:** ▮▮▮▮/1958     **Sex:** M
**Provider:** Dr. Eric Royster,MD     **Visit:** 12/08/2021 1:30PM     **Chart:** SINA000001

PLAN: This is a follow up visit for a 63-year-old male with lumbar and cervical complaints following an MVC which occurred 11/9/20. Will continue to follow his progress as he normalizes activities. Will see him back in 6 weeks.

## Assessment:

| Type | Code | Description |
|------|------|-------------|
| ICD-10-CM Condition | M47.22 | Other spondylosis with radiculopathy, cervical region |
| ICD-10-CM Condition | M47.26 | Other spondylosis with radiculopathy, lumbar region |
| ICD-10-CM Condition | M50.20 | Other cervical disc displacement, unspecified cervical region |
| ICD-10-CM Condition | M51.26 | Other intervertebral disc displacement, lumbar region |
| ICD-10-CM Condition | M62.838 | Other muscle spasm |

## Plan:

| Type | Code | Modifiers | Quantity | Description |
|------|------|-----------|----------|-------------|
| CPT | 99215 | | 1.00 UN | OFFICE O/P EST HI 40-54 MIN |

E-signed by Dr. Eric Royster,MD on 12/09/2021 11:51AM CST
This page was generated at 12/09/2021 11:51AM CST

*Powered by* **DrChrono**

# LETTER OF PROTECTION

### Guardian Care

**Name of Patient:** Nathaniel Simmons, III     **DOB:** ███ 1958

The undersigned, being the attorney of record for the above patient, does hereby agree to be fully responsible to **Guardian Care** for payment of all medical bills submitted for services rendered for the above referenced patient. I further understand that this agreement is made solely for the additional protection of and in consideration of **Guardian Care** awaiting payment. I understand that nothing herein releases me of the primary responsibility and obligation of paying in full for services rendered and that **Guardian Care** will not bill the patient's medical insurance. I further understand that my obligation of payment is not contingent on any settlement, judgment or verdict.

I agree to provide prompt notice of any settlement, dismissal or judgment in connection with the patient's litigation. Consistent with La. R.S. 9:4752, et seq., I acknowledges and accept that Guardian Care retains a privilege on any net proceeds payable to the patient, his or her heirs, or legal representatives, out of the total amount of any recovery or sum had, collected, or to be collected, whether by judgment or by settlement, or compromised from another person, on account of such injuries, and on the net amount payable by any insurance company under any contract providing for indemnity or compensation to the patient. I agree to observe all the terms of the above and agrees to withhold such sums from any insurance payment, settlement, judgment or verdict as may be necessary to adequately protect Guardian Care. If a dispute arises, payout will be made only upon agreement of all parties or court order. I agree that all sums will be due and payable within thirty (30) days from the resolution of the subject litigation relating to the above patient.

In addition, I further agree that any and all charges for medical reports, review of records, independent medical evaluations, depositions, conferences, expert testimony and photocopying are charges payable on a contingent basis and that I am fully responsible for these charges.

I agree to notify **Guardian Care** in writing within ten (10) days, if the above-named patient changes his/her status as my client and I am no longer the attorney of record. Lastly, I agree that any action brought on account of any matter set forth above by may be brought in a court of competent jurisdiction in the parish in which the Guardian Care operates and does business and I agree that service of process at any location shall confer jurisdiction on such court.

Daniel E. Becnel, III          _____          9/30/2021
**Attorney Name**          **Attorney Signature**          **Date**



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | PICA | |

**1. MEDICARE** (Medicare #) ☐  **MEDICAID** (Medicaid #) ☐  **TRICARE** (ID#DOD#) ☐  **CHAMPVA** (Member ID#) ☐  **GROUP HEALTH PLAN** (ID#) ☐  **FECA BLK LUNG** (ID#) ☐  **OTHER** (ID#) ☑

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Simmons III, Nathaniel

**3. PATIENT'S BIRTH DATE** ▓▓ 1958  **SEX** M ☑  F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Simmons, Nathaniel

**5. PATIENT'S ADDRESS** (No., Street)
101 Ormond Ave.  Apt. C

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☑  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street)
101 Ormond Ave.  Apt. C

**CITY** La Place  **STATE** LA

**8. RESERVED FOR NUCC USE**

**CITY** La Place  **STATE** LA

**ZIP CODE** 70068  **TELEPHONE** (Include Area Code) (504) 339-6299

**ZIP CODE** 70068  **TELEPHONE** (Include Area Code) (504) 339-6299

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
(985) 651-6101

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) YES ☐  NO ☑

**a. INSURED'S DATE OF BIRTH** ▓▓ 1958  **SEX** M ☑  F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ☑  NO ☐  **PLACE (State)**

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ☐  NO ☑

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
Becnel Law Firm

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐  NO ☑  *If yes, complete items 9, 9a and 9d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE.** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____  DATE _____

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):** MM DD YY  QUAL.

**15. OTHER DATE** QUAL.  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**  17a.  17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** YES ☐  NO ☐  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  **ICD Ind.** 0

A. M51.26  B. M47.26  C. M47.22  D. M62.838
E. M50.20  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 18 21 | 10 18 21 | 11 | | 99205 | | a | 850 00 | 1 | | NPI | |
| 2 | 10 18 21 | 10 18 21 | 11 | | 62321 | | a | 3850 00 | 1 | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  SSN ☐  EIN ☑
20-8741074

**26. PATIENT'S ACCOUNT NO.**
202444188687728

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES ☑  NO ☐

**28. TOTAL CHARGE** $ 4700 00

**29. AMOUNT PAID** $

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
E. Royster, MD
SIGNED  DATE 10/22/2021

**32. SERVICE FACILITY LOCATION INFORMATION**
Guardian Care
4241 Veterans Memorial Blvd Suite 12
Metairie, LA 70006

**33. BILLING PROVIDER INFO & PH #** (504) 356-6767
Guardian Care
4241 Veterans Memorial Blvd Suite 12
Metairie, LA 70006

NUCC Instruction Manual available at: www.nucc.org    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-1197 FORM    1500 (02-12)

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**CARRIER**

☐☐ PICA                                                                                                            PICA ☐☐

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| ☐ (Medicare #) | ☐ (Medicaid #) | ☐ (ID#/DOD#) | ☐ (Member ID#) | ☐ (ID#) | ☐ (ID#) | ☑ (ID#) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Simmons III, Nathaniel

3. PATIENT'S BIRTH DATE: ▓▓▓▓ 1958   SEX  M ☑  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Simmons, Nathaniel

5. PATIENT'S ADDRESS (No., Street)
101 Ormond Ave. Apt. C
CITY: La Place   STATE: LA
ZIP CODE: 70068   TELEPHONE (Include Area Code): (504) 339-6299

6. PATIENT RELATIONSHIP TO INSURED
Self ☑  Spouse ☐  Child ☐  Other ☐

8. RESERVED FOR NUCC USE

7. INSURED'S ADDRESS (No., Street)
101 Ormond Ave. Apt. C
CITY: La Place   STATE: LA
ZIP CODE: 70068   TELEPHONE (Include Area Code): (504) 339-6299

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous)   YES ☐  NO ☑

b. AUTO ACCIDENT?   YES ☑  NO ☐   PLACE (State)

c. OTHER ACCIDENT?   YES ☐  NO ☑

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER
(985) 651-6101

a. INSURED'S DATE OF BIRTH: ▓▓▓▓ 1958   SEX  M ☑  F ☐

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME
Becnel Law Firm

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☑   If yes, complete items 9, 9a and 9d.

**PATIENT AND INSURED INFORMATION**

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED _____   DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED _____

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):   QUAL.

15. OTHER DATE   QUAL.   MM   DD   YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM _____   TO _____

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM _____   TO _____

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES ☐  NO ☐   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)   ICD Ind. 0

A. M47.22   B. M47.26   C. M50.20   D. M51.26
E. M62.838   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 01 21 | 11 01 21 | 11 | | 99215 | | a | 650 00 | 1 | | NPI | |
| 2 | 11 01 21 | 11 01 21 | 11 | | 62323 | | a | 3850 00 | 1 | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**PHYSICIAN OR SUPPLIER INFORMATION**

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|---|
| 20-8741074 | ☑ | 202444190967038 | YES ☑  NO ☐ | $ 4500 00 | $ | |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
E. Royster,MD
11/05/2021   DATE

32. SERVICE FACILITY LOCATION INFORMATION
Guardian Care
4241 Veterans Memorial Blvd Suite 12
Metairie, LA 70006

33. BILLING PROVIDER INFO & PH # (504) 356-6767
Guardian Care
4241 Veterans Memorial Blvd Suite 12
Metairie, LA 70006

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**CARRIER**

☐☐ PICA                                                                                   PICA ☐☐

| 1. MEDICARE *(Medicare #)* | MEDICAID *(Medicaid #)* | TRICARE *(ID#DOD#)* | CHAMPVA *(Member ID#)* | GROUP HEALTH PLAN *(ID#)* | FECA BLK LUNG *(ID#)* | OTHER ☑ *(ID#)* | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) |
| Simmons III, Nathaniel |

3. PATIENT'S BIRTH DATE  MM DD YY  1958  SEX M ☑  F ☐

| 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
| Simmons, Nathaniel |

5. PATIENT'S ADDRESS (No., Street)
101 Ormond Ave.   Apt. C

6. PATIENT RELATIONSHIP TO INSURED
Self ☑  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
101 Ormond Ave.   Apt. C

CITY  La Place     STATE LA

8. RESERVED FOR NUCC USE

CITY  La Place     STATE LA

ZIP CODE 70068    TELEPHONE (Include Area Code) (504) 339-6299

ZIP CODE 70068    TELEPHONE (Include Area Code) (504) 339-6299

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
(985) 651-6101

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO ☑

a. INSURED'S DATE OF BIRTH  MM DD YY  1958  SEX M ☑  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☑  NO ☐   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐  NO ☑

c. INSURANCE PLAN NAME OR PROGRAM NAME
Becnel Law Firm

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☑  *If yes, complete items 9, 9a and 9d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____  DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):  MM DD YY  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM ___ TO ___

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a. ___  17b. NPI ___

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM ___ TO ___

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐  NO ☐   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0

A. M47.22   B. M47.26   C. M50.20   D. M51.26
E. M62.838   F. ___   G. ___   H. ___
I. ___   J. ___   K. ___   L. ___

22. RESUBMISSION CODE ___ ORIGINAL REF. NO. ___

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 08 21 | 12 08 21 | 11 | | 99215 | | a | 650 00 | 1 | | | NPI |
| 2 | | | | | | | | | | | | NPI |
| 3 | | | | | | | | | | | | NPI |
| 4 | | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER  20-8741074  SSN ☐ EIN ☑

26. PATIENT'S ACCOUNT NO.  202444194696080

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☑  NO ☐

28. TOTAL CHARGE  $ 650 00

29. AMOUNT PAID  $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
E. Royster, MD
12/09/2021
DATE

32. SERVICE FACILITY LOCATION INFORMATION
Guardian Care
4241 Veterans Memorial Blvd Suite 12
Metairie, LA 70006

33. BILLING PROVIDER INFO & PH # (504) 356-6767
Guardian Care
4241 Veterans Memorial Blvd Suite 12
Metairie, LA 70006

NUCC Instruction Manual available at: www.nucc.org     PLEASE PRINT OR TYPE     APPROVED OMB-0938-1197 FORM     1500 (02-12)

**PATIENT AND INSURED INFORMATION** · **PHYSICIAN OR SUPPLIER INFORMATION**

Equian
P.O. Box 35367
Louisville, Kentucky  40233

PAGE 1 OF 1
Tax ID: 27-0083277

## CONSOLIDATED STATEMENT OF BENEFITS

| PATIENT'S NAME: | NATHANIEL SIMMONS III | |
|---|---|---|
| HEALTH PLAN: | Humana Financial Recovery & Subrogation | **Subject to change.** |
| DATE OF INJURY: | 11/9/2020 | |
| SERVICE PERIOD: | 11/9/2020-1/13/2021 | |
| EVENT NUMBER: | 7712849-7720986 | |

**Instructions:**

- If remitting payment, make checks payable to: Equian
- **Write the patient's name, NATHANIEL SIMMONS III, and event number, 7712849-7720986, on the check.**

| Provider of Service | Claim Number | Billed Amt. | Provided Benefits |
|---|---|---|---|
| Date of Service | Diagnosis Code | | |
| BATON ROUGE RADIOLO | 820203160581198 | $73.00 | $22.18 |
| 11/9/2020 | S19.9XXA UNSPECIFIED I | | |
| BATON ROUGE RADIOLO | 820210190029637 | $36.00 | $8.87 |
| 1/13/2021 | R07.9 CHEST PAIN, UNSP | | |
| OCHSNER MC KENNER | 820203180594552 | $1528.98 | $293.75 |
| 11/9/2020 | S46.811A STRAIN OF MUS | | |
| ST JOHN EMERGENCY G | 820211321468358 | $1517.00 | $103.89 |
| 11/9/2020 | S46.811A STRAIN OF MUS | | |

| Total Billed Charges | $3,154.98 | Amount Received | $0.00 |
|---|---|---|---|
| Total Benefits Provided | $428.69 | Balance Due | $428.69 |

Please Note:
- If remitting payment, make the check payable to Equian and send it to
   P.O. Box 35367, Louisville, KY 40233-5367
- Checks should include member's name NATHANIEL SIMMONS III and the event number, 7712849-7720986

GNHHGUZES
This communication is intended solely for the addressee and may contain confidential, proprietary, or legally privileged information.
7712849-7720986/EQ3PMN MA NonMember Notice